IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BLUE FLAME MEDICAL LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHAIN BRIDGE BANK, N.A., et al., )<br>)<br>Defendants. )<br>_____ )<br>)<br>CHAIN BRIDGE BANK, N.A., )<br>)<br>Counterclaim Plaintiff, )<br>)<br>v. )<br>)<br>BLUE FLAME MEDICAL LLC, )<br>)<br>Counterclaim Defendant. )<br>_____ )<br>)<br>CHAIN BRIDGE BANK, N.A., )<br>)<br>Third Party Plaintiff, )<br>)<br>V. )<br>)<br>JPMORGAN CHASE BANK, N.A., )<br>)<br>Third Party Defendant. ) | 1:20-cv-658 (LMB/IDD) |

### ORDER

For the reasons stated during a telephone conference held on the record with attorneys for all parties present, counterclaim-defendant's Motion to Dismiss Counterclaims [Dkt. No. 46] is GRANTED; and it is hereby

ORDERED that counterclaim-plaintiff Chain Bridge Bank N.A.'s Counterclaim [Dkt. No. 38] be and is DISMISSED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 17 day of November, 2020.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge