**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| BLUE FLAME MEDICAL LLC, | |
| Plaintiff, | |
| v. | **Civil Action No. 1:20-cv-00658** |
| CHAIN BRIDGE BANK, N.A., JOHN J. BROUGH, and DAVID M. EVINGER, | |
| Defendants. | |
| | |
| CHAIN BRIDGE BANK, N.A, | |
| Third-Party Plaintiff, | |
| v. | |
| JPMORGAN CHASE BANK, N.A., | |
| Third-Party Defendant. | |

**EXHIBIT LIST OF DEFENDANT/THIRD-PARTY PLAINTIFF CHAIN BRIDGE**
**BANK, N.A. AND DEFENDANTS JOHN J. BROUGH AND DAVID M. EVINGER**

Pursuant to Federal Rule of Civil Procedure 26(a)(3), Defendant/Third-Party Plaintiff

Chain Bridge Bank, N.A. and Defendants John J. Brough, and David M. Evinger (collectively,

"Defendants") submit the following exhibit indices as their Exhibit List.  Defendants identify the

exhibits in Index A as exhibits they expect to offer into evidence at trial.  Defendants identify the

exhibits in Index B as exhibits that Defendants may offer at trial.

In addition to the exhibits included on the indices below, Defendants also reserve the

right to introduce any exhibit designated by Blue Flame Medical LLC or JPMorgan Chase Bank,

N.A. to which Defendants do not lodge an objection.

Dated: April 15, 2021

/s/ Donald Burke
Donald Burke (VA Bar No. 76550)
ROBBINS, RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER LLP
2000 K Street, NW, 4th Floor
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
dburke@robbinsrussell.com

*Counsel for Defendants*

Trial Exhibit Index A – Expect to Offer

Blue Flame Medical LLC v. Chain Bridge Bank, N.A., et al.

Civil Action No. 1:20-cv-00658

## DEFENDANTS' EXHIBIT LIST

| EXHIBIT NUMBER | BATES NUMBER | EXHIBIT DATE | DESCRIPTION |
|---|---|---|---|
| DTX001 | BFM000163503-514 | 06/26/2020 | Email from Marc Serio to Michael Bueche re: Fwd: As Filed with the Committee, with attachment |
| DTX002 | N/A | 10/13/2020 | Plaintiff's Responses to Defendants' First Set of Interrogatories to Blue Flame Medical LLC |
| DTX003 | BFM000008866-68 | 03/20/2020 | Email from Chad Jones to Michael Jensen with cc: Mike Gula, Bryan Krastins, Kate Arnold, John Thomas re 3m Mask POs? |
| DTX004 | BFM000008593-94 | 03/19/2020 | Email from John Thomas to Jason Lee, Chad Jones, Mike Gula, Bryan Krasins, Kate Arnold, Michael Jensen re 100,000,000 masks sitting at port of long beach – intro |
| DTX005 | BFM000200058-115 | 03/20/2020 – 04/29/2020 | Texts between Matthew Littman and John Thomas |
| DTX006 | BFM000200119-133 | 03/20/2020 – 03/27/2020 | Texts between Betty Yee (California) and John Thomas |
| DTX007 | BFM000009263-65 | 03/20/2020 | Email from Mike Gula to Chad Jones with cc: Michael Jensen, Kate Arnold, John Thomas re Seller PO – Parkland (DRAFT) |
| DTX008 | BFM000115637-41 | 03/20/2020 | Email from Bill Simonson to John Thomas re FW: Email Connect – DGS and John Thomas |
| DTX009 | BFM000009832-33 | 03/20/2020 | Email from John Thomas to Bill Simonson with bcc: Mike Gula re Medical Supplies Listing with attachment |
| DTX010 | BFM000200135-44 | 03/22/2020 – 04/09/2020 | Texts between Michael Wong (California) and John Thomas |

Trial Exhibit Index A – Expect to Offer

Blue Flame Medical LLC v. Chain Bridge Bank, N.A., et al.
Civil Action No. 1:20-cv-00658

| EXHIBIT NUMBER | BATES NUMBER | EXHIBIT DATE | DESCRIPTION |
|---|---|---|---|
| DTX011 | CBB00002342-43 (CAL-OES-00000010-11) | 03/23/2020 | Email from Abby Browning to Kim Danile, Mitchell Medigovich re specs for COVID-19 supply request with attachment |
| DTX012 | BFM000066185-86 | 03/23/2020 | Email from John Thomas to Michael Wong with bcc: Jennilee@blueflame.agency re Medical Supplies Sheet with attachment |
| DTX013 | BFM000066417-27 | 03/25/2020 | Email from John Thomas to Jennilee Brown, Ethan Bearman re Fwd: Medical Supplies Sheet |
| DTX014 | BFM000074877 | 03/23/2020 | Texts between Betty Yee (California) and John Thomas |
| DTX015 | BFM000012554-60 | 03/24/2020 | Email from John Thomas to Jennilee Brown, Ethan Bearman, Mike Gula re Fwd: Medical Supplies Sheet with attachment |
| DTX016 | BFM000116156-62 | 03/24/2020 | Email from Michael Wong to John Thomas re Medical Supplies Sheet |
| DTX017 | BFM000012804-05 | 03/25/2020 | Email from Mike Gula to John Thomas, Jennilee Brown, Ethan Bearman, Paris Pope re Invoice inventory with attachment |
| DTX018 | BFM000110967-79 | 03/24/2020 | Email from John Thomas to Michael Wong re Medical Supplies Sheet |
| DTX019 | BFM000066391-92 | 03/25/2020 | Email from Ethan Bearman to Mike Gula with cc: Jennilee Brown, John Thomas re Gula make sure the bank knows the wire is coming |
| DTX020 | BFM000111121-22 | 03/25/2020 | Email from John Thomas to Michael Wong re Invoice with attachment |
| DTX021 | BFM000074887 | 03/25/2020 | Texts between Betty Yee (California) and John Thomas |
| DTX022 | BFM000013558-59 | 03/25/2020 | Email from Ethan Bearman to John Thomas, Mike Gula, Jennilee Brown re Latest spreadsheet with attachment |
| DTX023 | BFM000013560-61 | 03/25/2020 | Email from Ethan Bearman to Mike Gula, John Thomas, Jennilee Brown re To get to 100MM with attachment |

Trial Exhibit Index A – Expect to Offer

Blue Flame Medical LLC v. Chain Bridge Bank, N.A., et al.

Civil Action No. 1:20-cv-00658

| EXHIBIT NUMBER | BATES NUMBER | EXHIBIT DATE | DESCRIPTION |
|---|---|---|---|
| DTX024 | BFM000116497-98 | 03/25/2020 | Email from Ethan Bearman to John Thomas re Another version of the spreadsheet for Dan Kim with attachment |
| DTX025 | BFM000129957-60 | 04/21/2020 | Email from John Thomas to John Thomas re [no re line] with attachment |
| DTX026 | CBB00002221-89 (CAL-DGS-00000195-263) | 03/25/2020 | Email from Ethan Bearman to John Thomas with cc: Michael Wong re Intro – Blueflame Corp Counsel with attachments |
| DTX027 | BFM000072285-86 | 04/08/2020 | Email from John Thomas to Michael Wong with cc: Ethan Bearman re Blue Flame Medical N95's |
| DTX028 | BFM000109726-30 | 04/10/2020 | Email from John Thomas to Michael Wong with bcc: Ethan Bearman re 100M Mask Order |
| DTX029 | BFM000076870-74 | 04/29/2020 | Email from John Thomas to Henry Huang with cc: Ethan Bearman, Wujin@winteam500.com re PO1-6 with attachments |
| DTX030 | BFM000120324-27 | 04/07/2020 | Email from Ethan Bearman to Marc Serrio, John Thomas re URGENT PO 1-4 with attachments |
| DTX031 | BFM000125347-48 | 03/26/2020 | Email from Suuchi Ramesh to Mike Gula, John Thomas, Ethan Bearman with cc: Victor Cortes, Mark Herman re Please advise ASAP N95s CE (+ FDA) certified stock |
| DTX032 | BFM000192584 | 09/15/2020 | Email from Marc Serrio to John Thomas, Mike Gula with cc: Ethan Bearman re Cash Balance Down to Minimum Levels |
| DTX033 | N/A | 06/12/2020 | Blue Flame Medical LLC v. Chain Bridge Bank, John Brough, David Evinger Complaint (E.D. Va. 20cv658) |
| DTX034 | CBB00000523-25 | 03/23/2020 | Delaware Certificate of Formation of Blue Flame Medical LLC |

Trial Exhibit Index A – Expect to Offer

Blue Flame Medical LLC v. Chain Bridge Bank, N.A., et al.
Civil Action No. 1:20-cv-00658

| EXHIBIT NUMBER | BATES NUMBER | EXHIBIT DATE | DESCRIPTION |
|---|---|---|---|
| DTX035 | BFM000009163-65 | 03/20/2020 | Email from Kate Arnold to Mike Gula, Chad Jones with cc: Stacie Monroe, Bryan Krastins, Michael Jensen, vitoc44@gmail.com re West Virginia and Louisiana |
| DTX036 | BFM000011436-45 | 03/23/2020 | Email from Mike Gula to Genevieve Hills re FW: Velox Medical Product Inventory |
| DTX037 | BFM000012055-59 | 03/24/2020 | Email from Mike Gula to Brian Chatwin with cc: Tom Datwyler re FW: south koren plant [sic] |
| DTX038 | BFM000012733-39 | 03/24/2020 | Email from Mike Gula to Michael Jensen with cc: Chad Jones, Kate Arnold, Bryan Krastins re Updated invitation: COVID-19 Supplies @ Mon Mar 23, 2020 5:30pm |
| DTX039 | VLX-007876-907 | 03/05/2020 | iMessages for (202) 255-9745 |
| DTX040 | BFM000012837-39 | 03/25/2020 | Email from Mike Gula to Paul Sposito re Fwd: COVID help – supplies |
| DTX041 | BFM000013610-11 | 03/26/2020 | Email from Henry Huang to Mike Gula re Attachment order 002 revise with attachment |
| DTX042 | BFM000095501 | 03/25/2020 | State of California General Services Procurement Division Purchasing Authority Purchase Order for Blue Flame Medical LLC |
| DTX043 | CBB00001781-84 | 03/25/2020 | Email from Maria Cole to Mike Gula re wire with attachment |
| DTX044 | CBB00001518-19 | 03/25/2020 | Email from DocuSign System to Maria Cole re Please DocuSign: Blue Flame Medical LLC |
| DTX045 | CBB00000555-56 | 03/25/2020 | Account Agreement for Blue Flame Medical LLC |
| DTX046 | CBB00002563-71 | 03/25/2020 | Email from Mariano Castagnello to Mike Gula re Fwd: need BF Medical EIN/registration with attachments |
| DTX047 | CBB00001202-03 | 03/27/2020 | Email from Tsega Yohannes to Mariano Castagnello re Expected activity |

Trial Exhibit Index A – Expect to Offer

Blue Flame Medical LLC v. Chain Bridge Bank, N.A., et al.
Civil Action No. 1:20-cv-00658

| EXHIBIT NUMBER | BATES NUMBER | EXHIBIT DATE | DESCRIPTION |
|---|---|---|---|
| DTX048 | BFM000110311 | 03/25/2020 | Email from Mike Gula to Doug Graham re [no re line] |
| DTX049 | BFM000110662-65 | 03/22/2020 | Email from Mike Gula to Todd Boulanger re Fwd: email thoughts with attachments |
| DTX050 | CBB00002794 | 03/25/2020 | Transcript of call between Mike Gula and Heather Schoeppe |
| DTX051 | CBB00002794 | 03/26/2020 | Call between Mike Gula and Heather Schoeppe |
| DTX052 | CBB00001460-62 | 03/25/2020 | Email from Mike Gula to Maria Cole re wire |
| DTX053 | CBB00001433-36 | 03/25/2020 | Email from Mike Gula to Maria Cole re wire |
| DTX054 | BFM000074101-06 | 03/26/2020 | Email from Mike Gula to John Thomas re Contact Info |
| DTX055 | BFM000202988-3009 | 03/26/2020 | Signal Texts between Ethan Bearman, Mike Gula, and John Thomas |
| DTX056 | CBB00001938-39 | 03/26/2020 | Email from Chain Bridge Bank Wire Department to Mike Gula re INCOMING WIRE CONFIRMATION (send secure) with attachment |
| DTX057 | CBB00000639 | 03/26/2020 | Email from Mike Gula to David Evinger re Coming in. Are you there? |
| DTX058 | BFM000067627-28 | 03/27/2020 | Email from Lindsay Angerholzer to lindsay@blueflame.com re COVID supply help |
| DTX059 | BFM000045714-21 | 04/14/2020 | Email from Mike Gula to Zach Hargett with cc: Morgan Nichols, Brielle Appelbaum re South Carolina COVID-19 Emergency Supply Collaborative with attachments |
| DTX060 | CBB00002313-32 (CAL-DGS-00000292-311) | 03/21/2020 – 03/27/2020 | Texts between Michael Wong (California) and John Thomas |
| DTX061 | BFM000116128-35 | 03/24/2020 | Email from John Thomas to Michael Wong re Medical Supplies Sheet with attachment |

Trial Exhibit Index A – Expect to Offer

Blue Flame Medical LLC v. Chain Bridge Bank, N.A., et al.
Civil Action No. 1:20-cv-00658

| EXHIBIT NUMBER | BATES NUMBER | EXHIBIT DATE | DESCRIPTION |
|---|---|---|---|
| DTX062 | BFM000116274-76 | 03/25/2020 | Email from Ethan Bearman to Michael Wong, John Thomas re Bank Wire instructions for Blue Flame Medical LLC with attachment |
| DTX063 | BFM000111148-50 | 03/25/2020 | Email from John Thomas to Michael Wong re Invoice |
| DTX064 | BFM000116341 | 03/25/2020 | Email from John Thomas to Michael Wong with bcc: Jennilee Brown, Mike Gula re Reminder – Documents |
| DTX065 | CBB00002291-312 (CAL-DGS-00000270-92) | 04/03/2020 | Email from Mathew Littman to Michael Wong re Calif Details with attachments |
| DTX066 | BFM000113888-94 | 04/15/2020 | Email from John Thomas to Michael Wong re 100M Mask Order |
| DTX067 | CBB00002281-86 (CAL-DGS-00000255-60) | 03/25/2020 | Texts between Michael Wong (California), Dan Kim (California), and John Thomas |
| DTX068 | BFM000206166-87 | 07/05/2020 | Executive Employment Agreement between Blue Flame Medical LLC and Ethan Bearman |
| DTX069 | BFM000000675-81 | 03/13/2020 | Referral Fee Agreement between Velox Medical and Blue Flame Strategies LLC |
| DTX070 | BFM000198682-700 | 03/20/2020 – 03/25/2020 | Group texts between Ethan Bearman and John Thomas |
| DTX071 | BFM000115813-17 | 03/22/2020 | Email from Ethan Bearman to Mike Gula with cc: John Thomas re Regarding your line list for N95 Protective Masks and Surgical Masks |
| DTX072 | BFM000202805-69 | 03/24/2020 – 03/27/2020 | Signal texts between Ethan Bearman, Mike Gula, and John Thomas |
| DTX073 | BFM000116277 | 03/25/2020 | Email from Ethan Bearman to John Thomas re California Invoice |

Trial Exhibit Index A – Expect to Offer

Blue Flame Medical LLC v. Chain Bridge Bank, N.A., et al.
Civil Action No. 1:20-cv-00658

| EXHIBIT NUMBER | BATES NUMBER | EXHIBIT DATE | DESCRIPTION |
|---|---|---|---|
| DTX074 | BFM000066135-36 | 03/23/2020 | Email from Ethan Bearman to John Thomas with cc: Jennilee Brown re Possible spreadsheet to send Suuchi after NDA is signed |
| DTX075 | BFM000116521-22 | 03/26/2020 | Email from Suuchi Ramesh to Ethan Bearman, Mark Herman with cc: John Thomas, Victor Cortes, Ingrid Lacourt re Request on N95 Masks |
| DTX076 | CBB00001385 | 03/26/2020 | Email from Ethan Bearman to Maria Cole with cc: John Thomas, Mike Gula re Blue Flame Medical LLC – Wire Transfer |
| DTX077 | BFM000000668-74 | 03/13/2020 | Referral Fee Agreement between Healthcom Pacific Inc and Blue Flame Strategies LLC |
| DTX078 | BFM000116254-56; 116342-46 | 03/25/2020 | Email from Ethan Bearman to Henry Huang with cc: John Thomas, Mike Gula re Healthcom Pacific Inc. Referral Fee Agreement with attachment |
| DTX079 | CBB00002779 | 3/26/2020 | Fedwire Funds Processor Completed |
| DTX080 | CBB00002780 | 03/26/2020 | Fedwire Funds Processor Completed |
| DTX081 | CBB00002786 | 03/26/2020 | Call between Maria Cole and John Thomas |
| DTX082 | CBB00002787 | 03/26/2020 | Call between Maria Cole and John Thomas |
| DTX083 | CBB00002788 | 03/26/2020 | Call between Maria Cole and John Thomas |
| DTX084 | CBB00002501-505 | 03/26/2020 | California warrants for N95 mask purchase |
| DTX085 | BFM000163112-113 | 03/26/2020 | Memo from Andrew Sturmfels to Natalie Gonzales authorizing $465,888,600.00 wire for purchase of N95 masks from Blue Flame Medical |
| DTX086 | JPMC-00000027-28 | 03/26/2020 | Email from Ana Prieto to Natalie Gonzales indicating that wire had been released |
| DTX087 | N/A | 05/11/2020 | Testimony of Fiona Ma at 05/11/2020 hearing before the California State Assembly |

7

Trial Exhibit Index A – Expect to Offer

Blue Flame Medical LLC v. Chain Bridge Bank, N.A., et al.
Civil Action No. 1:20-cv-00658

| EXHIBIT NUMBER | BATES NUMBER | EXHIBIT DATE | DESCRIPTION |
|---|---|---|---|
| DTX088 | BFM_CA_STO0001 (STO0626-648) | 03/26/2020 | Email from Natalie Gonzales to Amin Pirasteh noting that it's "really weird" neither of them can find reference to Blue Flame Medical on the internet |
| DTX089 | JPMC-00000135 | 03/26/2020 | Email from Natalie Gonzales to Ana Prieto asking whether it's possible to reach out to CBB for an update re the return wire |
| DTX090 | SCO0131-56 | 03/26/2020 | Email from Andrew Sturmfels to Karen Ross Greene, Rick Chivaro, Natalie Gonzales, Fee Chang, Monica Cuellar, Andre Rivera, Dan Kim, Allan Watson with cc: Jim Spano, Jutta, Angela Shell, Jason Hollingsworth, Karen Finn, Bill Simonson, Lilian Lee, Coleen Morrow, Bertha Mejia, Jennifer Chavez, Shirley Dong, Roland Mar, Elizabeth Gonzalez, Michael Wong re email chain restored w/all who need to know.. |
| DTX091 | CBB00002699-70 | 03/25/2020 | Email from Mike Gula to David Evinger, John Brough re Screenshot 2020-03-25 at 6.26.08 PM with attachment |
| DTX092 | CBB00002686 | 03/26/2020 | Email from Mike Gula to David Evinger re Blue Flame Medical / Fighting Coronavirus |
| DTX093 | CBB00002543 | 03/26/2020 | Call between David Evinger and Fee Chang |
| DTX094 | CBB00002545 | 03/26/2020 | Call between John Brough, David Evinger, and Tim Coffey |
| DTX095 | CBB00004445 | 03/25/2020 | Handwritten notes of John Brough |
| DTX096 | BFM000013445-48 | 03/25/2020 | Email from Mike Gula to John Brough, David Evinger re Contact Info with attachment |
| DTX097 | CBB00002541 | 03/26/2020 | Call between John Brough, David Evinger, and Rakesh Korpal |
| DTX098 | CBB00002544 | 03/26/2020 | Call between John Brough, David Evinger, and Rakesh Korpal |

Trial Exhibit Index A – Expect to Offer

Blue Flame Medical LLC v. Chain Bridge Bank, N.A., et al.
Civil Action No. 1:20-cv-00658

| EXHIBIT NUMBER | BATES NUMBER | EXHIBIT DATE | DESCRIPTION |
|---|---|---|---|
| DTX099 | JPMC-00000084-88 | 03/26/2020 | Email from Jenifer Robinson to Rakesh Korpal re FW [RFI-89021]: EXPEDITE REVIEW/APPROVAL Held Payment >=$50MM USD CLIENT NAME: CALIFORNIA STATE TREASURER SP CASE ID: with attachments |
| DTX100 | JPMC-00000089-94 | 03/26/2020 | Email from Jenifer Robinson to Rakesh Korpal re FW [RFI-89021]: EXPEDITE REVIEW/APPROVAL Held Payment >=$50MM USD CLIENT NAME: CALIFORNIA STATE TREASURER SP CASE ID: with attachments |
| DTX101 | JPMC-00000392-93 | 03/27/2020 | Email from Alexander Leonard to Art Neville, Alex Grant with cc: Daniel Wilkening, Brian Page, Rakesh Korpal, June Cantrell, Joshua Pope, Mike Kelly Michael Nevins re Confidential State of California |
| DTX102 | JPMC-00000003-5 | 03/26/2020 | Email from Fraud Alert to Jenifer Robinson, Rakesh Korpal, Timothy Coffey with cc: Michelle Long re [RFI-89021]: EXPEDITE REVIEW/APPROVAL Held Payment >=$50MM USD CLIENT NAME: CALIFORNIA STATE TREASURER SP CASE ID: with attachments |
| DTX103 | CBB00002784 | 03/26/2020 | Recording of call to Chain Bridge Bank (Mariano Castagnello) from Tim Coffey requesting to speak to fraud or wire transfer department |
| DTX104 | JPMC-00000101-05 | 03/26/2020 | Email from Tim Coffey to Debra Naughton with cc: Rakesh Korpal) re PRPC case JPM200326-004818 with attachments |
| DTX105 | JPMC-00000386 | 05/21/2020 | Email from Fiona Ma to Jamie Dimon with cc; Tim Schaefer, Genevieve Jopanda re Thank You |
| DTX106 | DGS2491-95 | 03/25/2020 | State of California Purchasing Authority Purchase Order with attachments |
| DTX107 | JPMC-00000009 | 03/26/2020 | Email from Timothy Coffey to Fraud Alert, Jenifer Robinson, Rakesh Korpal, Michelle Long re [RFI-89021]: EXPEDITE |

Trial Exhibit Index A – Expect to Offer

Blue Flame Medical LLC v. Chain Bridge Bank, N.A., et al.
Civil Action No. 1:20-cv-00658

| EXHIBIT NUMBER | BATES NUMBER | EXHIBIT DATE | DESCRIPTION |
|---|---|---|---|
| | | | REVIEW/APPROVAL Held Payment >=$50MM USD CLIENT NAME: CALIFORNIA STATE TREASURER SP CASE ID: |
| DTX108 | JPMC-00000170-76 | 03/26/2020 | Email from Timothy Coffey to Debra Naughton with cc: Rakesh Korpal re PRPC case JPM200326-004818 with attachments |
| DTX109 | N/A | 01/22/2021 | Subpoena to Testify at a Deposition in a Civil Action to the California State Controller's Office |
| DTX110 | SCO1521-80 | 03/20/2020 – 03/27/2020 | Texts between Betty Yee (California) and John Thomas |
| DTX111 | DGS5408-09 | 03/26/2020 | Email from Mai Chang to Naoko Reese with cc: Thanh Thao Au, Robert Bachiller, Bla Lee, Anthony Cantrell, Tawnya Castro Harris, Samantha Curry, Debra Rossaro, Kristoffer Hernandex, Molly McClure, Patti Moore, Thy Nguyen, Greg Okumura, Tracy Oliver, Tadashi Taira, Nicholas Walls re DENIED SID 0000160359 BLUE FLAME MEDICAL LLC |
| DTX112 | BFM000121643-647 | 04/10/2020 | PO-20200410-002 dated 4/10/20 from Blue Flame Medical, LLC to Quonset Development Corporation |
| DTX113 | BFM000072442-443 | 04/09/2020 | Blue Flame Medical Bulk Price Sheet on 4-09-20 |
| DTX114 | BFM000128078-079 | 04/16/2020 – 04/17/2020 | Emails between Matthew Hayes (Tennessee) and John Thomas re: [EXTERNAL] Updated Costs And Potential Solutions |
| DTX115 | BFM000063226 | 04/29/2020 | Emails between Julia Pickle (Alabama) and Mike Gula |
| DTX116 | BFM000134376 | 05/01/2020 | Sales Quote to the State of Colorado |
| DTX117 | BFM000080369 | 05/04/2020 | Email from Colorado to John Thomas and Tracy Austin re: Firm Denial – Quote packet received |

10

Trial Exhibit Index A – Expect to Offer

Blue Flame Medical LLC v. Chain Bridge Bank, N.A., et al.

Civil Action No. 1:20-cv-00658

| EXHIBIT NUMBER | BATES NUMBER | EXHIBIT DATE | DESCRIPTION |
|---|---|---|---|
| DTX118 | BFM000080065 | 05/04/2020 | Email from Ethan Bearman to John Thomas, Michael Collins, Marc Serrio re: Colorado |
| DTX119 | BFM000126777 | 04/09/2020 | Purchase Order issued April 9, 2020 to Office of Governor Jay Inslee |
| DTX120 | BFM000126774-779 | 04/13/2020 | Email from Ethan Bearman to Elena McGraw re: isolation gown pic/certificate |
| DTX121 | BFM000046448-459 | 04/15/2020 | Email from Mike Gula to Bradley Knox (Tennessee) re: WA State COVID-19 Supplies – Isolation Gowns Questions – Time Sensitive |
| DTX122 | BFM000050658-659 | 04/16/2020-04/18/2020 | Emails between Elena McGrew and Mike Gula re: We want to work with you on price point |
| DTX123 | DGS6516-6518 | 10/26/2020 | Dan Kim Typed Noted |
| DTX124 | DGS2493 | 03/24/2020 | Payee Data Record for Blue Flame Medical |
| DTX125 | DGS2948-2959 | 03/25/2020 | Email from Andrew Sturmfels to Karen Greene Ross, Dan Kim, Jutta Wiechec re: email chain restored w/all who need to know…. |
| DTX126 | DGS0775-0787 | 03/25/2020 | Email from Dan Kim to Allan Watson Re: email chain restored w/all who need to know….. |
| DTX127 | DGS5363-5365 | 03/25/2020 – 03/27/2020 | Texts between Dan Kim (California) and John Thomas |
| DTX128 | BFM000200134 | 03/25/2020 – 03/27/2020 | Texts between Dan Kim (California) and John Thomas |
| DTX129 | DGS4966-4980 | 03/24/2020 – 03/25/2020 | Email from Karen Greene Ross to Dan Kim Re: email chain restored w/all who need to know… |
| DTX130 | DGS6030-6049 | 03/25/2020 – 03/26/2020 | Email from Dan Kim to Monica Cuella, Andre Rivera, Andrew Sturmfels, Allan Watson Re: email chain restored w/all who need to know…. |

Trial Exhibit Index A – Expect to Offer

Blue Flame Medical LLC v. Chain Bridge Bank, N.A., et al.
Civil Action No. 1:20-cv-00658

| EXHIBIT NUMBER | BATES NUMBER | EXHIBIT DATE | DESCRIPTION |
|---|---|---|---|
| DTX131 | DGS8016-8021 | N/A | Chronology of email correspondence and notes taken by Dan Kim |
| DTX132 | BFM000007156 | 03/17/2020 | Email from Mike Gula to Mike Gula re: Current contracts 3.17 |
| DTX133 | BFM000012806-807 | 03/25/2020 | Email from Mike Gula to John Thomas, Jennilee Brown, Ethan Bearman, Paris Pope, RE: Invoice Inventory |
| DTX134 | BFM000012824-825 | 03/25/2020 | Email from Mike Gula to Ethan Bearman re: Gula make sure the bank knows the wire is coming |
| DTX135 | BFM000198724-736 | 03/22/2020-05/06/2020 | Texts between Matthew Littman, Ethan Bearman, and John Thomas |
| DTX136 | BFM_DGS0294-0322 | 07/29/2020 | Ltr. from Jennifer Dauer to Angela Shell (CA Procurement) Re: Purchase Order No. M12948-T6619 to Blue Flame Medical LLC |
| DTX137 | BFM000162406-07 | 06/17/2020 | Emails from Matthew Swift to Michael Gula re: Blue Flame Medical Files Suit Against Chain Bridge Bank.pdf |
| DTX138 | BFM000206162 | N/A | Video with file name signal-2020-03-25-094152.mp4 |
| DTX139 | N/A | 03/09/2021 | Chain Bridge Bancorp, Incorporated 2019 Annual Report |
| DTX140 | N/A | 02/02/2021 | Excerpt from John Brough deposition transcript |
| DTX141 | N/A | 02/27/2015 | Excerpt from Bank Secrecy Act/Anti-Money Laundering Examination Manual Appendix F |
| DTX142 | N/A | 03/26/2020 | FBI Press Release: FBI Warns Health Care Professionals of Increased Potential for Fraudulent Sales of COVID-19 Related Medical Equipment |
| DTX143 | N/A | 11/19/2011 | Fedwire Funds Service Format Reference Guide |
| DTX144 | CBB00002781 | 03/26/2020 | Fedwire Funds Processor Message |
| DTX145 | N/A | 2014 | The ABCs of the UCC by Thomas C. Baxter Jr. et al. |

Trial Exhibit Index A – Expect to Offer

Blue Flame Medical LLC v. Chain Bridge Bank, N.A., et al.
Civil Action No. 1:20-cv-00658

| EXHIBIT NUMBER | BATES NUMBER | EXHIBIT DATE | DESCRIPTION |
|---|---|---|---|
| DTX146 | JPMC-00000533-534 | 12/28/2020 | Ltr. from Alan E. Schoenfeld (WilmerHale) to Spencer Walker (California) re: Reservation of Rights Regarding March 26, 2020 Wire Transfer to Blue Flame Medical LLC |
| DTX147 | JPMC-00000535-599 | 03/20/2021 | Email from Alan E. Schoenfeld to Spencer Walker re: JPMorgan Chase Bank, N.A. / Notice of Claim, with attachments |
| DTX148 | BFM000047291-92 | 04/15/2020 | Assignment, Acknowledge, and General Obligation Pledge with County of San Mateo |
| DTX149 | BFM00032772-773 | 04/07/2020 | Emails between Henry Huang and Mike Gula re: URGENT PO 1-4 |
| DTX150 | CBB00004468 | N/A | Silverlake Screenshot of Blue Flame Medical LLC Checking Account |
| DTX151 | SDS000078-143 | 03/20/2020-12/14/2020 | Text messages between Stephanie Daily Smith and Matthew Littman |
| DTX152 | SDS000144-153 | 03/20/2020 | Texts between Stephanie Daily Smith and Betty Yee |
| DTX153 | BFM000110641 | 03/21/2020 | Email from John Thomas to Stephanie Smith re: medical supplies sales sheet |
| DTX154 | BFM000111228-231 | 03/25/2020 | Email from John Thomas to Stephanie Smith re: Fwd: Bank Wire Instructions for Blue Flame Medical LLC |
| DTX155 | SDS00072-074 | 04/04/2020 | Emails between Lee Rosenberg and Stephanie Smith |
| DTX156 | N/A | 03/15/2021 | Ltr. from Amanda Touchton (attorney for Matthew Littman) to Matt Madden (attorney for Defendants) re: Subpoena to Mathew Littman in Blue Flame Medical, LLC v. Chain Bridge Bank, et al. |
| DTX157 | SDS0001-077 | 03/20/2020-04/27/2020 | Stephanie Smith emails |

Trial Exhibit Index A – Expect to Offer

Blue Flame Medical LLC v. Chain Bridge Bank, N.A., et al.
Civil Action No. 1:20-cv-00658

| EXHIBIT NUMBER | BATES NUMBER | EXHIBIT DATE | DESCRIPTION |
|---|---|---|---|
| DTX158 | BFM000206553-559 | 06/05/2020 | Ltr. from Douglas F. Gansler (Cadwalader) to Lauri A. McGuire (Maryland Department of General Services) Re: Blue Flame Medical, LLC – Purchase Order #H00P0601445 |
| DTX159 | BFM_CA_DGS6555-6565 | 04/01/2020-05/23/2020 | California Department of General Services Emails between Michael Wong, Angela Shell, et al. |
| DTX160 | N/A | 12/2019 | Federal Reserve Banks Operating Circular No. 6 |
| DTX161 | BFM000204231 | 11/2/2020 | 60 Minutes Video |
| DTX162 | N/A | 12/06/2020 | CBS News Article: Inside the chaotic PPE market where shortages of critical supplies persist |
| DTX163 | N/A | 05/11/2020 | Audio/Video of California State Assembly Hearing for the Committee on Accountability and Administrative Review |
| DTX164 | CBB00002608 | N/A | SilverLake Xperience Screenshot of Blue Flame Medical LLC Transaction History |

14

Trial Exhibit Index B – May Offer

Blue Flame Medical LLC v. Chain Bridge Bank, N.A., et al.
Civil Action No. 1:20-cv-00658

| EXHIBIT NUMBER | BATES NUMBER | EXHIBIT DATE | DESCRIPTION |
|---|---|---|---|
| DTX165 | BFM000002416-430 | N/A | Blue Flame Medical Presentation |
| DTX166 | CBB00002569-571 | 03/23/2020 | State of Delaware Limited Liability Company Certificate of Formation for Blue Flame Medical LLC |
| DTX167 | CBB00001198-199 | 02/10/2020 | State of Delaware Limited Liability Company Certificate of Formation for Blue Flame Strategies LLC |
| DTX168 | BFM000115483-490 | 03/16/2020 | Email from Maria Cole to Michael Gula, cc'ing Mariano Castagnello, Mike Richardson, and Brad Ward, "Re: New Account", with attachments |
| DTX169 | CBB00001952-62 | 03/13/2020 | Email from Michael Gula to Melissa Strano, cc'ing John Thomas, "Fwd: new business", with attachments |
| DTX170 | CBB00004391-392 | 03/16/2020 | Account Agreement between Chain Bridge Bank, N.A. and Blue Flame Strategies LLC |
| DTX171 | CBB00001574-79 | 03/17/2020 | Email from Michael Gula to Maria Cole, cc'ing John Thomas, "NEW business account needed", with attachment |
| DTX172 | CBB00004380-381 | 03/18/2020 | Account Agreement between Chain Bridge Bank, N.A. and Redline Strategies LLC |
| DTX173 | BFM000137279-280 | 05/09/2020 | Email from Michael Gula to Brielle Appelbaum, "Fwd: My memory of the call with Chain Bridge Bank" |
| DTX174 | CBB00004463-467 | N/A | Brough Typed Notes |
| DTX175 | CBB00002124-125 | 03/25/2020 | Email from Allan Watson to Jim Spano et al., "email chain restored w/all who need to know….." |
| DTX176 | CBB00000728-729 | 03/26/2020 | Email from David Evinger to Jennifer Lincoln, John Brough, and Farrukh Memon, cc'ing Wires, "RE: Incoming Large Wire" |

1

Trial Exhibit Index B – May Offer

Blue Flame Medical LLC v. Chain Bridge Bank, N.A., et al.

Civil Action No. 1:20-cv-00658

| EXHIBIT NUMBER | BATES NUMBER | EXHIBIT DATE | DESCRIPTION |
|---|---|---|---|
| DTX177 | CBB00004235-273 | 03/2020 | Bank Secrecy Act, Anti Money Laundering Control, and Office of Foreign Assets Control Policy, Chain Bridge Bank, N.A. |
| DTX178 | CBB00004274-276 | 09/2016 | Suspicious Activities Procedures, Chain Bridge Bank, N.A. |
| DTX179 | CBB00004302-306 | N/A | Wire Transfer Procedures, Chain Bridge Bank, N.A. |
| DTX180 | CBB00004307-09 | 01/2018 | Funds Availability (Regulation CC) Policy, Chain Bridge Bank, N.A., |
| DTX181 | CBB00004277-278 | 09/12/2019 | "BSA Policy Review: Questionable and Suspicious Activity Reporting (BSA Policy Pages 32 - 35)," BSA Training – BSA Policy Review, Chain Bridge Bank, N.A. |
| DTX182 | CBB00002609-610 | N/A | Funds Availability Disclosure, Chain Bridge Bank N.A., |
| DTX183 | BFM000116345-346 | 03/25/2020 | First Amendment and Addendum to Referral Fee Agreement between Healthcom Pacific Inc. and Blue Flame Strategies LLC |
| DTX184 | BFM000021076-94 | 04/01/2020 | Email from Michael Gula to Julio Cabral re: Medical Supplies – Blue Flame Medical, with attachments |
| DTX185 | BFM000170149-174 | 03/31/2020 | Email from Ethan Bearman to Marc Serrio (Blue Flame) re: FW: Wire Info, with Product Reseller Agreement attachments |
| DTX186 | BFM000076873-874 | 04/29/2020 | Letter from Great Health to Blue Flame Re: Cancellation of Order Confirmation No. 1001-1004, 1006; Blue Flame Medical as Reseller |
| DTX187 | CAL-OES-00000020-026 | 03/23/2020 | Emails from Abby Browning to Mike Gula et al re: Updated invitation: COVID-19 Supplies @ Mon Mar 23, 2020 5:30pm – 6:30pm (MDT) (abby.browning@caloes.ca.gov) |
| DTX188 | BFM000066087-088 | 03/22/2020 | Email from Kate Arnold (Velox Medical) to Brian Merrick (State of Massachusetts) re: Update on Supply-Urgent |
| DTX189 | BFM000008038-039 | 03/19/2020 | Email from Henry Huang to Michael Jensen et al. re: Velox Daily Shipping Request—March 18 |

Trial Exhibit Index B – May Offer

Blue Flame Medical LLC v. Chain Bridge Bank, N.A., et al.
Civil Action No. 1:20-cv-00658

| EXHIBIT NUMBER | BATES NUMBER | EXHIBIT DATE | DESCRIPTION |
|---|---|---|---|
| DTX190 | BFM000011979-982 | 03/24/2020 | Texts between Mike Gula and Henry Huang |
| DTX191 | BFM000012279-285 | 03/23/2020 | Email from Suuchi Ramesh to Ethan Bearman et al. RE: RE: Email 2 pricing from Suuchi Inc |
| DTX192 | BFM000077942-956 | 03/21/2020 | Texts between Suuchi Ramesh and Ethan Bearman |
| DTX193 | BFM000116424-425 | 03/25/2020 | Purchase Order from Blue Flame to Suuchi |
| DTX194 | BFM000013830 | 03/26/2020 | Email from Suuchi Ramesh to Mike Gula et al. re: PO Status |
| DTX195 | BFM000066389-390 | 03/25/2020 | Email from John Thomas to Mike Gula et al. re: Invoice Inventory |
| DTX196 | BFM000116525-527 | 03/26/2020 | Email from Suuchi Ramesh to Ethan Bearman re: Request on N95 Masks |
| DTX197 | BFM000138783-799 | 04/15/2020 | Federal Grand Jury Subpoena to Blue Flame Medical, US Attorney's Office, Central District of California |
| DTX198 | BFM000157939-943 | 06/08/2020 | Email from Tung Khuu to Michael Skoglund et al re: Blue Flame Medical, LLC PPE Subpoenas and Investigations Additional subpoenas from Maryland and U.S. DOJ – E.D. Virginia, with attachment |
| DTX199 | CBB00002646-648 | 05/18/2020 | Ltr. from Frank Pallone, Jr., Diana DeGette, U.S. House of Representatives Committee on Energy and Commerce to Mike Gula |
| DTX200 | CBB00004323-362 | 03/26/2020 | Selected Chain Bridge Bank Call Logs |
| DTX201 | CBB00002765-778 | N/A | Terms and Conditions of Your Account |

3

Trial Exhibit Index B – May Offer

Blue Flame Medical LLC v. Chain Bridge Bank, N.A., et al.
Civil Action No. 1:20-cv-00658

| EXHIBIT NUMBER | BATES NUMBER | EXHIBIT DATE | DESCRIPTION |
|---|---|---|---|
| DTX202 | CBB00001743-747 | 03/17/2020-03/25/2020 | Emails between Maria Cole and Mike Gula re: wire |
| DTX203 | N/A | 04/13/2020 | FBI Warns of Advance Fee and BEC Schemes Related to Procurement of PPE and Other Supplies During COVID-19 Pandemic |
| DTX204 | N/A | 03/16/2020 | The Financial Crimes Enforcement Network (FinCEN) Encourages Financial Institutions to Communicate Concerns Related to the Coronavirus Disease 2019 (COVID-10) and to Remain Alert to Related Illicit Financial Activity |
| DTX205 | BFM000212491-501 | 03/21/2020-03/26/2020 | Texts between Matt Littman, Stephanie Daily Smith, and John Thomas |
| DTX206 | BFM000212479 | 03/24/2020 | Texts between Stephanie Smith, John Thomas, and Betty Yee |
| DTX207 | BFM000212468-478 | 03/20/2020-03/24/2020 | Texts between John Thomas and Stephanie Roberson (California Nurses Association) |
| DTX208 | BFM000212939-964 | 03/26/2020-04/29/2020 | Texts between John Thomas and Marc Serrio |
| DTX209 | BFM000212912-938 | 03/13/2020-04/29/2020 | Texts between John Thomas and Henry Huang |
| DTX210 | BFM000212703-733 | 03/16/2020-04/26/2020 | Texts between Mike Gula, John Thomas, and Henry Huang |
| DTX211 | BFM000212965-3013 | 03/20/2020-04/29/2020 | Texts between Matt Littman and John Thomas |
| DTX212 | BFM000126009-10 | 04/06/2020 | Email from Marc Serrio to Henry Huang re: proof of funds for Henry, with attachment |

Trial Exhibit Index B – May Offer

Blue Flame Medical LLC v. Chain Bridge Bank, N.A., et al.
Civil Action No. 1:20-cv-00658

| EXHIBIT NUMBER | BATES NUMBER | EXHIBIT DATE | DESCRIPTION |
|---|---|---|---|
| DTX213 | N/A | 09/17/2020 | Laurel Rosenhall, Exclusive: California wires mask dealer half a billion dollars, then claws it back, Cal Matters |
| DTX214 | N/A | 05/02/2020 | Tom Hamburger and Juliet Eilperin, Maryland cancels $12.5 million PPE contract with firm started by GOP operatives, The Washington Post |
| DTX215 | N/A | 05/06/2020 | Tom Hamburger and Juliet Eilperin, Justice Department investigates Blue Flame Medical after claims that it failed to provide masks to Maryland |
| DTX216 | N/A | 05/06/2020 | Kenneth P. Vogel, Firm Set Up by G.O.P. Operatives Under Scrutiny Over Virus Contracts, The New York Times |
| DTX217 | N/A | 05/02/2020 | The Baltimore Sun, Maryland seeks investigation of politically connected company that hasn't delivered masks, ventilators |
| DTX218 | N/A | 05/02/2020 | Brody Mullins and Susan Pulliam, Maryland Cancels Big Coronavirus Mask Order, The Wall Street Journal |
| DTX219 | CBB00000655-57 | 03/26/2020 | Email from Heather Schoeppe to Maria Cole, John Brough, David Evinger, Mike Richardson re Blue Flame Medical LLC – Wire Transfer |
| DTX220 | CBB000002529-36 | 03/26/2020 | Chain Bridge Bank GL History Print Optical Report OutQ |
| DTX221 | CBB00001770-72 | 03/25/2020 | Email from Maria Cole to Mike Richardson re wire |
| DTX222 | CBB00002725-29 | 03/26/2020 | Email from Peter Fitzgerald to John Brough re $450 Million wire came in |
| DTX223 | JPMC-00000123 | 03/26/2020 | Email from Rakesh Korpal to Patricia Wiltz re Conversation initiated by rakesh.korpal@jpmchase.com |

Trial Exhibit Index B – May Offer

Blue Flame Medical LLC v. Chain Bridge Bank, N.A., et al.
Civil Action No. 1:20-cv-00658

| EXHIBIT NUMBER | BATES NUMBER | EXHIBIT DATE | DESCRIPTION |
|---|---|---|---|
| DTX224 | JPMC-00000194-95 | 03/26/2020 | Email from June Cantrell to Lisa Lucchese re California State Treasurer's Office (STO) – Wire |
| DTX225 | JPMC-00000231-32 | 03/26/2020 | Email from June Cantrell to Daniel Wilkening re California State Treasurer's Office (STO) – Wire |
| DTX226 | JPMC-00000239-42 | 03/27/2020 | Email from Nikki Ticzon to Rakesh Korpal, Jenifer Robinson, Timothy Coffey, Akhil Kedia re [re line empty] with attachments |
| DTX227 | JPMC-00000243 | 03/27/2020 | Email from Rakesh Korpal to Rakesh Korpal, Timothy Coffey re Conversation with Korpal, Rakesh (CIB OPS, USA) |
| DTX228 | JPMC-00000244 | 04/15/2020 | Email from Rakesh Korpal to Timothy Coffey re Conversation initiated by rakesh.korpal@jpmchase.com |
| DTX229 | JPMC-00000461-63 | N/A | March and April Handwritten notes |
| DTX230 | SCO0221-45 | 03/26/2020 | Email from Andrew Sturmfels to Karen Greene Ross, Rick Chivaro, Natalie Gonzales, Fee Chang, Monica Cuellar, Andre Rivera, Kim Daniel, Allan Watson with cc: Jim Spano, Jutta Wiechec, Angela Shell, Jason Hollingsworth, Karen Finn, Bill Simonson, Lilian lee, Coleen Morrow, Bertha Mejia, Jennifer Chavez, Shirley Dong, Roland Mar, Elizabeth Gonzalez, Michael Wong re email chain restored w/all who need to know…. |
| DTX231 | CBB00000853-56 | 03/25/2020 | Email from Heather Schoeppe to Mike Richardson re Blue Flame Medical incoming wire 450 million |
| DTX232 | CBB00002795 | 03/25/2020 | Call between Mike Gula and Heather Schoeppe |
| DTX233 | CBB00002797 | 03/25/2020 | Call between Heather Schoeppe and Joanna Williamson |
| DTX234 | CBB00002798 | 03/25/2020 | Call between Heather Schoeppe, John Brough, and David Evinger |

6

Trial Exhibit Index B – May Offer

Blue Flame Medical LLC v. Chain Bridge Bank, N.A., et al.
Civil Action No. 1:20-cv-00658

| EXHIBIT NUMBER | BATES NUMBER | EXHIBIT DATE | DESCRIPTION |
|---|---|---|---|
| DTX235 | CBB00001097-101 | 03/25/2020 | Email from Maria Cole to Mike Richardson with cc: Heather Schoeppe re Blue Flame Medical incoming wire 450 million |
| DTX236 | CBB00000761-63 | 03/25/2020 | Email from Heather Schoeppe to John Brough with cc: Mike Richardson, Joanna Williamson, David Evinger re Blue Flame Medical incoming wire 450 million |
| DTX237 | CBB00002673-77 | 03/26/2020 | Email from Heather Schoeppe to John Brough, Tsega Yohannes, Betsy Sharon, Nancy Kelly with cc: David Evinger, Tais Ribeiro, Mike Richardson, Joanna Williamson re Contact Info |
| DTX238 | CBB00002649 | 3/26/2020 | Wire Transfers Display |
| DTX239 | CBB00001008-29 | 3/26/2020 | Email from Mike Richardson to Maria Cole with cc: Heather Schoeppe re Blue Flame Medical incoming wire 450 million with attachment |
| DTX240 | CBB00000748 | 03/26/2020 | Email from John Brough to Jennifer Lincoln, David Evinger, Joanna Williamson, Farrukh Memon, Heather Schoeppe, Mike Richardson with cc: Wires re Incoming Large Wire |
| DTX241 | CBB00000971-80 | 3/26/2020 | Email from Maria Cole to Mike Richardson, Claudia Mojica with cc: Heather Schoeppe, Wires re Blue Flame Medical incoming wire 450 million |
| DTX242 | CBB00000919-29 | 03/26/2020 | Email from Maria Cole to Mike Richardson, Thais Ribeiro, Jennifer Lincoln, Claudia Mojica with cc: Heather Schoeppe, Wires re Blue Flame Medical incoming wire 450 million |
| DTX243 | CBB00000718-27 | 03/26/2020 | Email from Heather Schoeppe to David Evinger, Mike Richardson, John Brough, Joanna Williamson with cc: Maria Cole re Blue Flame Medical incoming wire 450 million |

Trial Exhibit Index B – May Offer

Blue Flame Medical LLC v. Chain Bridge Bank, N.A., et al.
Civil Action No. 1:20-cv-00658

| EXHIBIT NUMBER | BATES NUMBER | EXHIBIT DATE | DESCRIPTION |
|---|---|---|---|
| DTX244 | CBB00000815-17 | 03/26/2020 | Email from Heather Schoeppe to Thais Ribeiro re Please close BlueFlame Accounts |
| DTX245 | CBB00000527 | 03/27/2020 | Email from John Brough to Heather Schoeppe, Mariano Castagnello, Angeli Nanali, Mubeen Baig, Najwa Alwazir, M. Strano, Maria Cole, Mike Richardson, Brad Ward, Sametta Bailey, Pat Collins, Barry Huitema, Marcia Bradford with cc: David Evinger, Betsy Sharon,Tsega Yohannes, Thais Ribeiro re No new accounts for these clients |
| DTX246 | CBB00002650 | 03/26/2020 | Wire Transfers Display |
| DTX247 | CBB00002789 | 03/26/2020 | Call between Claudia Mojica-Guadron, John Brough, David Evinger, and Thais Ribeiro |
| DTX248 | CBB00000640-42 | 03/26/2020 | Email from Claudia Mojica to John Brough, David Evinger, Thais Ribeiro re Message from JPMorgan Chase – Large Incoming Wire with attachment |
| DTX249 | CBB00000795-96 | 03/26/2020 | Email from David Evinger to Thais Ribeiro, John Brough, Claudia Mojica with cc: Tim Ahmad re Message from JPMorgan Chase – Large Incoming Wire |
| DTX250 | CBB000002653-54 | 03/26/2020 | Wire Transfers Display |
| DTX251 | CBB00000791-94 | 03/26/2020 | Email from David Evinger to John Brough, Claudia Mojica, Tim Ahmad with cc: Thais Ribeiro re Message from JPMorgan Chase – Large Incoming Wire |
| DTX252 | CBB00003573-74 | 03/25/2020 | Email from Maria Cole to Mike Gula re wire |
| DTX253 | CBB00004437 | 03/26/2020 | Cell Phone Record for Maria Cole |

Trial Exhibit Index B – May Offer

Blue Flame Medical LLC v. Chain Bridge Bank, N.A., et al.
Civil Action No. 1:20-cv-00658

| EXHIBIT NUMBER | BATES NUMBER | EXHIBIT DATE | DESCRIPTION |
|---|---|---|---|
| DTX254 | CBB00001725-26 | 03/26/2020 | Email from Maria Cole to John Thomas with cc: Mike Gula, Mike Richardson re Wire Request Form with attachment |
| DTX255 | DGS0201-02 | 03/26/2020 | Email from Fee Chang to Natalie Gonzales with cc: Andrew Sturmfels re Urgent – request call from CEO/President of Chain Bridge Bank |
| DTX256 | CBB00000779-81 | 03/25/2020 | Email from John Brough to David Evinger re Blue Flame Medical incoming wire 450 million |
| DTX257 | CBB00004453-62 | N/A | Notes of David Evinger |
| DTX258 | CBB00000807 | 03/26/2020 | Email from David Evinger to Jennifer Lincoln, John Brough, Joanna Williamson, Farrukh Memon with cc Wires re Incoming Large Wire |
| DTX259 | N/A | 01/06/2021 | Plaintiff's Notice of Rule 30(b)(6) Videotaped Deposition of JPMorgan Chase Bank, N.A. (Rakesh Korpal) |
| DTX260 | JPMC-00000013 | 03/26/2020 | Email from Ana Prieto to Mackson Pereira re Conversation initiated by ana.c.prieto@jpmorgan.com |
| DTX261 | JPMC-00000027-30 | 03/26/2020 | Email from Ana Prieto to Natalie Gonzales with cc: Cash Desk, Art Neville, Tamara Brown, Angelique Uribe re 03/26/20 Large Outgoing Wire [202003260005534] with attachments |
| DTX262 | JPMC-00000036-40 | 03/26/2020 | Email from Brian Page to Art Neville, Alexander Leonard with cc: June Cantrell, Ana Prieto re 03/26/20 STO Large Outgoing Wire with attachments |
| DTX263 | JPMC-00000046 | 03/26/2020 | Email from June Cantrell to Rakesh Korpal re Conversation initiated by June.m.cantrell@chase.com |
| DTX264 | JPMC-00000049-53 | 03/26/2020 | Email from June Cantrell to Rakesh Korpal re FW 03/26/20 Large Outgoing Wire with attachments |

9

Trial Exhibit Index B – May Offer

Blue Flame Medical LLC v. Chain Bridge Bank, N.A., et al.

Civil Action No. 1:20-cv-00658

| EXHIBIT NUMBER | BATES NUMBER | EXHIBIT DATE | DESCRIPTION |
|---|---|---|---|
| DTX265 | JPMC-00000068 | 03/26/2020 | Email from Timothy Coffey to Rakesh Korpal re Conversation initiated by timothy.p.coffey@jpmchase.com |
| DTX266 | JPMC-00000069 | 03/26/2020 | Skype conversation between June Cantrell and Rakesh Korpal |
| DTX267 | JPMC-00000119 | 03/26/2020 | Email from Rakesh Korpal to Shinu Varghese re Conversation initiated by rakesh.korpal@jpmchase.com |
| DTX268 | JPMC-00000121 | 03/26/2020 | Email from Rakesh Korpal to Michael Smith re Conversation initiated by rakesh.korpal@jpmchase.com |
| DTX269 | JPMC-00000247 | 04/15/2020 | Email from Timothy Coffey to Brian Stephenson re $456MM/Chain Bridge Bank/JPM200326-004818/ Funds recovered on 3/26 |
| DTX270 | JPMC-00000270 | 05/04/2020 | Email from Rakesh Korpal to Brian Stephenson re Conversation initiated by rakesh.korpal@jpmchase.com |
| DTX271 | JPMC-00000465 | 03/26/2020 | Handwritten notes |
| DTX272 | JPMC-00000469-70 | 03/26/2020 | JPMC Transaction Reference Number: 2693100086JO/Client Name: California State Treasurer Alert Summary |
| DTX273 | DGS0960 | 12/16/2020 | Email from Lilian Lee to Fee Chang [no re line] |
| DTX274 | DGS4006-30 | 03/26/2020 | Email from Natalie Gonzales to Fee Chang with cc: Andrew Sturmfels, Lilian Lee re Urgent – request call from CEO/President of Chain Bridge Bank |
| DTX275 | DGS0209-10 | 03/26/2020 | Email from Andrew Sturmfels to Andre Rivera re email chain restored w/all who need to know…. |
| DTX276 | BFM000009562-565 | 03/20/2020 | Email from Ethan Bearman to Mike Gula re: Fwd: New voicemail |
| DTX277 | JPMC-00000394-395 | 06/16/2020 | Email from Art Neville to Rakesh Korpal and Rosalyn Nguyen re: Confidential: State of California |

10

Trial Exhibit Index B – May Offer

Blue Flame Medical LLC v. Chain Bridge Bank, N.A., et al.
Civil Action No. 1:20-cv-00658

| EXHIBIT NUMBER | BATES NUMBER | EXHIBIT DATE | DESCRIPTION |
|---|---|---|---|
| DTX278 | JPMC-00000070 | 03/26/2020 | Messages from June Cantrell to Rakesh Korpal re: Conversation initiated by rakesh.korpal@jpmchase.com |
| DTX279 | BFM000117809-835 | 03/31/2020 | Email from Ethan Bearman to Marc Serrio re: FW: Wire info |
| DTX280 | BFM000077716-17 | N/A | Ltr. from Danny Mays (Maryland) to Mike Gula re: Purchase Order #H00P0601445 |
| DTX281 | BFM000111223-227 | 03/25/2020 | Email from John Thomas to Abby Browning re: Facemask sample? |
| DTX282 | BFM000074866 | 03/25/2020 | Text messages between Betty Yee and John Thomas |
| DTX283 | BFM000065351-53 | 04/30/2020 | Email from Marc Serrio to John Thomas and Mike Gula re: Cash Position Snapshot |
| DTX284 | BFM000048393-396 | 04/16/2020 | Email from Marc Serrio to Henry Huang, Mike Gula, Ethan Bearman, and Joy Xu re: Updated PO 1006 (Chicago) and Funds Sent to Wingar |
| DTX285 | BFM000046589-593 | 04/15/2020 | Email from Ethan Bearman to Mike Gula re: Fwd: URGENT PO 1-4 |
| DTX286 | BFM000018938-940 | 04/01/2020 | Email from Ethan Bearman to Mike Gula re: Wiring Instructions |
| DTX287 | CBB00004294-301 | 03/2014 | Chain Bridge Bank, N.A. Wire Transfer Policy |
| DTX288 | N/A | 05/06/2020 | Sophia Bollag et al., 'Urgency and panic': Inside Gov. Gavin Newsom's rush to buy coronavirus gear, The Sacramento Bee |
| DTX289 | BFM000001582 | 03/26/2020 | Great Health Companion Order Confirmation |

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2021, I will cause the foregoing to be served via email

to the following:

Peter H. White, Esq. (VA Bar No. 32310)
**SCHULTE ROTH & ZABEL LLP**
901 Fifteenth Street, NW, Suite 800
Washington, DC 20005
Phone: (202) 729-7476
Fax: (202) 730-4520
Email: peter.white@srz.com
*Counsel for Plaintiff*

Meredith K. Loretta, Esq. (VA Bar No. 92369)
**WILMER CUTLER PICKERING HALE &
DORR LLP**
1875 Pennsylvania Avenue NW
Washington, DC 20006
Phone: (212) 663-6981
Email: meredith.loretta@wilmerhale.com
*Counsel for Third-Party Defendant*

/s/ Donald Burke
Donald Burke (VA Bar No. 76550)
ROBBINS, RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER LLP
2000 K Street, NW, 4th Floor
Washington, DC 20006
Telephone: (202) 775-4500
 Facsimile: (202) 775-4510
dburke@robbinsrussell.com
*Counsel for Defendants*