**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |  |
|---|---|---|
| **BLUE FLAME MEDICAL LLC** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 1:20-cv-00658** |
| | ) | |
| **CHAIN BRIDGE BANK, N.A.,** | ) | **The Honorable Leonie Brinkema** |
| **JOHN J. BROUGH, and** | ) | |
| **DAVID M. EVINGER,** | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |
| **CHAIN BRIDGE BANK, N.A.** | ) | |
| | ) | |
| *Third-Party Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **JPMORGAN CHASE BANK, N.A.** | ) | |
| | ) | |
| *Third-Party Defendant.* | ) | |
| | ) | |

## PLAINTIFF'S EXHIBIT LIST

Pursuant to Rule 26 of the Federal Rules of Civil Procedure and this Court's September 9, 2020 Order (Dkt. No. 33), as modified by this Court on March 30, 2021 (Dkt. No. 80), Plaintiff Blue Flame Medical LLC respectfully submits Plaintiff's Exhibit List. This list presents the exhibits that Plaintiff either intends to use at trial or, as circumstances warrant, may determine to use at trial. This list does not include exhibits that Plaintiff might seek to introduce only as impeachment and/or rebuttal evidence. Plaintiff reserves the right to amend this list upon review of Defendants' and Third-Party Defendant's Exhibit List as necessary and consistent with the Federal Rules of Civil Procedure and local rules of this Court. Plaintiff further reserves the right

to elect not to seek the introduction of any of these exhibits at trial, and to re-arrange the numbering sequence prior to trial.  Plaintiff also reserves the right to use any exhibits listed on Defendants' Exhibit List or Third-Party Defendant's Exhibit List, the right to use demonstrative exhibits during testimony of certain of its witnesses to assist the trier-of-fact, and the right to supplement this list with documents newly produced to Plaintiff on or after April 15, 2021.

| Ex. No. | Description | Starting Bates Number | Ending Bates Number |
|---|---|---|---|
| 1 | March 2020 AT&T Mobile calls of John Thomas | BFM000206232 | BFM000206261 |
| 2 | Ethan Bearman call log | BFM000206225 | BFM000206225 |
| 3 | March 7, 2020 Text Messages between John Thomas and Brian Calle | BFM000212573 | BFM000212586 |
| 4 | March 8, 2020 Text Messages between John Thomas and Michael Cambron | BFM000212587 | BFM000212603 |
| 5 | March 13, 2020 Text Messages between John Thomas and Henry Huang | BFM000212912 | BFM000212938 |
| 6 | March 13, 2020 Text Messages between John Thomas and Michael Cambron and Henry Huang | BFM000212330 | BFM000212335 |
| 7 | March 16, 2020 Text Messages between John Thomas and Mike Gula and Henry Huang | BFM000212703 | BFM000212733 |
| 8 | March 17, 2020 John Thomas Text Messages | BFM000198701 | BFM000198716 |
| 9 | March 17, 2020 Text Messages between John Thomas and Mike Gula | BFM000212342 | BFM000212343 |
| 10 | March 19, 2020 - April 18, 2020 Verizon Phone bill for Michael Gula | BFM000206300 | BFM000206381 |
| 11 | March 19, 2020 Email from Henry Huang to Micheal Jensen et al. re: Velox Daily Shipping Request - March 18 | BFM000008121 | BFM000008123 |
| 12 | March 19, 2020 Text Messages between John Thomas and Will Lee | BFM000212782 | BFM000212802 |
| 13 | March 19, 2020 Email from John Thomas to Jason Lee re: 100,000,000 masks sitting at port of long beach - intro | BFM000110588 | BFM000110588 |
| 14 | March 19, 2020 Email from John Thomas to Joseph Choi et al. re: [Emergency Supplies] - Introduction | BFM000110591 | BFM000110592 |

| Ex. No. | Description | Starting Bates Number | Ending Bates Number |
|---|---|---|---|
| 15 | March 20, 2020 Email from Henry Huang to Mike Gula et al. re: Pricing Excel | BFM000008984 | BFM000008985 |
| 16 | John Thomas - Betty Yee Text Messages | BFM000200119 | BFM000200133 |
| 17 | March 20, 2020 Text Messages between John Thomas and Jenni Brown et al. | BFM000198682 | BFM000198700 |
| 18 | March 21, 2020 Email from Henry Huang to Michael Jensen et al. re: Updated Pricing List March 21 | BFM000009840 | BFM000009841 |
| 19 | March 21, 2020 William Lee Text Messages | BFM000198774 | BFM000198775 |
| 20 | March 21, 2020 Email from Joseph Choi to John Thomas et al. re: [Emergency Supplies] - Introduction | BFM000124993 | BFM000125000 |
| 21 | Will Lee Text Messages | BFM000204785 | BFM000204785 |
| 22 | Will Lee Text Messages | BFM000204781 | BFM000204781 |
| 23 | March 21, 2020 Suuchi Ramesh Text Messages | BFM000198753 | BFM000198767 |
| 24 | March 21, 2020 Email from John Thomas to William Lee re: US production | BFM000110638 | BFM000110640 |
| 25 | Will Lee Text Messages | BFM000204769 | BFM000204769 |
| 26 | March 22, 2020 Email from Henry Huang to Mike Gula et al. re: Regarding Your Line List for N95 Protective Masks and Surgical Masks | BFM000110675 | BFM000110678 |
| 27 | John Thomas – Michael Wong Text Messages | BFM000200135 | BFM000200144 |
| 28 | March 22, 2020 Will Lee Text Messages | BFM000204763 | BFM000204763 |
| 29 | March 23, 2020 Email from Henry Huang to John Thomas et al. re: Regarding your line list for N95 Protective Masks and Surgical Masks | BFM000011337 | BFM000011340 |
| 30 | March 23, 2020 Email from Henry Huang to Mike Gula et al. re: Aid home test kits | BFM000011389 | BFM000011389 |
| 31 | March 23, 2020 Email from Ethan Bearman to Suuchi Ramesh re: Blue Flame Medical LLC internal spreadsheet - CONFIDENTIAL | BFM000115839 | BFM000115842 |
| 32 | March 23, 2020 Email from John Thomas to Henry Huang et al. re: Regarding Your Line List for N95 Protective Masks and Surgical Masks | BFM000115846 | BFM000115849 |
| 33 | March 23, 2020 Jason Lee Text Messages | BFM000206227 | BFM000206227 |
| 34 | March 23, 2020 Email from Suuchi Ramesh to Ethan Bearman et al. re: Follow-up | BFM000115857 | BFM000115858 |
| 35 | March 22, 2020 Jason Lee Text Messages | BFM000206226 | BFM000206226 |

| Ex. No. | Description | Starting Bates Number | Ending Bates Number |
|---|---|---|---|
| 36 | March 23, 2020 Email from Suuchi Ramesh to Ethan Bearman et al. re: Email 2 pricing from Suuchi, Inc. | BFM000115898 | BFM000115912 |
| 37 | March 23, 2020 Jason Lee Text Messages | BFM000206228 | BFM000206228 |
| 38 | March 23, 2020 Email from John Thomas to Michael Wong re: Medical Supplies Sheet | BFM000066185 | BFM000066186 |
| 39 | March 23, 2020 Jason Lee Text Messages | BFM000206229 | BFM000206229 |
| 40 | March 23, 2020 Jason Lee Text Messages | BFM000206230 | BFM000206230 |
| 41 | March 24, 2020 Product Reseller Agreement between Blue Flame Medical LLC and Great Health Companion Group Ltd. | BFM000072920 | BFM000072931 |
| 42 | Product Reseller Agreement by and between Blue Flame Medical LLC and Great Health Companion Group LTD (executed on March 25, 2020) | BFM000117824 | BFM000117835 |
| 43 | March 24, 2020 Email from Mike Gula to Henry Huang et al. re: You're the man - thanks | BFM000011984 | BFM000011986 |
| 44 | March 24, 2020 Mike Gula Text Messages | BFM000202792 | BFM000202792 |
| 45 | March 24, 2020 Email from Henry Huang to Mike Gula re Wire Info | BFM000012158 | BFM000012159 |
| 46 | March 24, 2020 Email from Henry Huang to Mike Gula et al. re: Latest Price List | BFM000012249 | BFM000012250 |
| 47 | March 24, 2020 Email from Mike Gula to John Thoas et al. re: Medial Supplies Sheet | BFM000012265 | BFM000012267 |
| 48 | March 24, 2020 Email from John Thomas to Michael Wong re: Medical Supplies Sheet | BFM000116042 | BFM000116100 |
| 49 | March 24, 2020 Email from John Thomas to Michael Wong re: Medical Supplies Sheet | BFM000116128 | BFM000116134 |
| 50 | March 24, 2020 Jason Lee Text Messages | BFM000206231 | BFM000206231 |
| 51 | March 24, 2020 Email from Michael Wong to John Thomas re: Medical Supplies Sheet | BFM000116156 | BFM000116162 |
| 52 | March 24, 2020 Will Lee Text Messages | BFM000204762 | BFM000204762 |
| 53 | Will Lee Text Messages | BFM000204762 | BFM000204762 |
| 54 | March 24, 2020 Will Lee Text Messages | BFM000204749 | BFM000204749 |
| 55 | March 24, 2020 Email from John Thomas to Michael Wong re: Medical Supplies Sheet | BFM000110967 | BFM000110979 |
| 56 | State of California – General Services Procurement Division – Purchasing Authority Purchase Order[2] | BFM000095501 | BFM000095501 |

| Ex. No. | Description | Starting Bates Number | Ending Bates Number |
|---|---|---|---|
| 57 | March 25, 2020 Product Reseller Agreement between Blue Flame Medical LLC and Suuchi, Inc. | BFM000001541 | BFM000001551 |
| 58 | March 25, 2020 Purchase Order from Blue Flame Medical LLC to Suuchi, Inc. | BFM000116424 | BFM000116425 |
| 59 | Product Reseller Agreement by and between Blue Flame Medical LLC and Suuchi Inc. (executed) | BFM000117813 | BFM000117823 |
| 60 | March 2020 Log of Mike Gula's Calls with Chain Bridge Bank | BFM000206224 | BFM000206224 |
| 61 | March 25, 2020 Email from Ethan Bearman to Mike Gula et al. re: Fwd: Re: We just signed | BFM000012983 | BFM000012988 |
| 62 | March 25 9:41am Signal video re: 3M masks | BFM000206162 | BFM000206162 |
| 63 | Will Lee Text Messages | BFM000204753 | BFM000204753 |
| 64 | March 25, 2020 Email from Ethan Bearman to Michael Wong et al. re: Bank Wire Instructions for Blue Flame Medical LLC | BFM000116274 | BFM000116276 |
| 65 | March 25, 2020 Email from Mike Gula to Maria Cole re: NEW Business Account Needed | BFM000013141 | BFM000013145 |
| 66 | March 25, 2020 Email from John Thomas to Michael Wong re: Invoice | BFM000111121 | BFM000111122 |
| 67 | March 25, 2020 Email from John Thomas to Michael Wong re: Shipping | BFM000111123 | BFM000111123 |
| 68 | March 25, 2020 Email from Mike Gula to John Brough et al re: Contact Info | BFM000013445 | BFM000013448 |
| 69 | March 25, 2020 Email from Mike Gula to John J. Brough et al. re: Contact Info | BFM000013445 | BFM000013448 |
| 70 | March 25, 2020 Email from John Thomas to Michael Wong re: Invoice | BFM000111148 | BFM000111150 |
| 71 | March 25, 2020 Email from John Thomas to Michael Wong re: Reminder – Documents | BFM000116341 | BFM000116341 |
| 72 | Email from Ethan Bearman to John Thomas re: Another rversion of the spreadsheet for Dan Kim | BFM000116497 | BFM000116497 |
| 73 | March 26, 2020 California Department of General Services Memo re: Outgoing Wire – Chain Bridge Bank, N.A. for Blue Flame Medical | BFM000163112 | BFM000163113 |
| 74 | March 26, 2020 Email from Suuchi Ramesh to Ethan Bearman et al. re: Request on N95 Masks | BFM000116521 | BFM000116524 |

| Ex. No. | Description | Starting Bates Number | Ending Bates Number |
|---|---|---|---|
| 75 | Mike Gula et al. Text Messages | BFM0000202988 | BFM0000203009 |
| 76 | March 26, 2020 Email from Henry Huang to Mike Gula re: Attachment Order 002 Revise[1] | BFM000013610 | BFM000013611 |
| 77 | March 26, 2020 Email from Suuchi Ramesh to Mike Gula et al. re: Part number verification of N95 | BFM000116661 | BFM000116662 |
| 78 | March 26, 2020 Text Messages between John Thomas and Mike Gula | BFM000203000 | BFM000203000 |
| 79 | March 26, 2020 Email from Suuchi Ramesh to Mike Gula et al. re: Part Number Verification of N95 | BFM000013617 | BFM000013619 |
| 80 | March 26, 2020 Email from John Thomas to Ethan Bearman et al. re: Blue Flame Medical LLC - Wire Transfer | BFM000116678 | BFM000116679 |
| 81 | March 26, 2020 Email from Ethan Bearman to Mike Gula et al. re: Please advise ASAP N95s CE certified stock | BFM000125206 | BFM000125208 |
| 82 | Email from Mike Gula to John Thomas et al. re: FW: Contact Info | BFM000074101 | BFM000074106 |
| 83 | March 26, 2020 Text Messages between Paris Pope and Jenni Brown et al. | BFM000202867 | BFM000202867 |
| 84 | March 26, 2020 Text Messages between John Thomas and Marc Serrio | BFM000212939 | BFM000212964 |
| 85 | March 26, 2020 Email from Suuchi Ramesh to Mike Gula, et al. re: Stock available 10 MM pairs blue nitro gloves | BFM000013759 | BFM000013760 |
| 86 | March 26, 2020 Email from Suuchi Ramesh to Mike Gula, et al. re: Please advise ASAP N95s CE (+FDA) certified stock | BFM000125347 | BFM000125351 |
| 87 | March 26, 2020 Email from Suuchi Ramesh to Mike Gula, et al. re: PO status | BFM000013830 | BFM000013831 |
| 88 | Text Messages between Will Lee, Mike Gula et al. | BFM000204833 | BFM000204833 |
| 89 | March 27, 2020 Email from Suuchi Ramesh to Ethan Bearman et al. re: Orders | BFM000116903 | BFM000116906 |
| 90 | March 27, 2020 Text Messages between John Thomas and Mike Gula | BFM000212883 | BFM000212911 |
| 91 | March 27, 2020 Email from Henry Huang to Mike Gula et al. re: Letter | BFM000013991 | BFM000013992 |

| Ex. No. | Description | Starting Bates Number | Ending Bates Number |
|---|---|---|---|
| 92 | March 27, 2020 Email from Joseph Choi to John Thomas et al. re: US production | BFM000117037 | BFM000117041 |
| 93 | Will Lee Text Messages | BFM000204738 | BFM000204738 |
| 94 | March 28, 2020 Text Messages between Mike Gula and John Thomas | BFM000203304 | BFM000203304 |
| 95 | March 28, 2020 Email from Oscar Su to Paul Teng et al. re: Masks - San Francisco pension system | BFM000211575 | BFM000211576 |
| 96 | March 29, 2020 Email from Mike Gula to Joy Xu et al. re: Shipping to RI - $4.8 million | BFM000015546 | BFM000015549 |
| 97 | March 30, 2020 Email from Marc Serrio to Ethan Bearman et al. re: Price Gouging Statutes in Full Effect | BFM000068082 | BFM000068083 |
| 98 | March 30, 2020 Email from Joy Xu to Mike Gula re: Update Price List | BFM000016575 | BFM000016576 |
| 99 | March 31, 2020 Email from Joy Xu to Mike Gula et al. re: Need for LA | BFM000017870 | BFM000017871 |
| 100 | State of Maryland - Purchase Order for Medical Supplies | BFM000078978 | BFM000078980 |
| 101 | April 1, 2020 Email from Paris Pope to Mike Gula et al. re: 4.1 Price List Update !!! | BFM000069052 | BFM000069053 |
| 102 | April 1, 2020 Email from Oscar Su to Angela Shell et al. re: Masks - San Francisco pension system | BFM000211577 | BFM000211578 |
| 103 | April 1, 2020 Email from Suuchi Ramesh to Mike Gula, et al. re: Checking in | BFM000021447 | BFM000021448 |
| 104 | April 3, 2020 Email from John Zhuang to Jennifer Bollinger et al. re: California - Global Healthcare Product Solutions Master Supply Agreement | BFM000211672 | BFM000211681 |
| 105 | April 3, 2020 Email from Jane Wang to Oscar Su et al. re: NIOSH Certification N95: California - Global Healthcare Product Solutions Master Supply Agreement | BFM000211863 | BFM000211864 |
| 106 | April 3, 2020 Email from John Zhuange to Jennifer Bollinger et al. re: California - Global Healthcare Product Solutions Master Supply Agreement | BFM000211658 | BFM000211671 |

| Ex. No. | Description | Starting Bates Number | Ending Bates Number |
|---|---|---|---|
| 107 | April 4, 2020 Email from John Zhuang to Jennifer Bollinger et al. re: California - Global Healthcare Product Solutions Master Supply Agreement | BFM000211780 | BFM000211792 |
| 108 | April 4, 2020 Text Messages between John Thomas and John | BFM000212630 | BFM000212633 |
| 109 | April 4, 2020 Email from John Zhuang to Jennifer Bollinger re: California - Global Healthcare Product Solutions Master Supply Agreement | BFM000211718 | BFM000211747 |
| 110 | April 4, 2020 Email from John Zhuang to Jennifer Bollinger re: California - Global Healthcare Product Solutions Master Supply Agreement | BFM000211682 | BFM000211712 |
| 111 | April 4, 2020 Email from John Zhuang to Jennifer Bollinger et al. re: California - Global Healthcare Product Solutions Master Supply Agreement | BFM000211793 | BFM000211813 |
| 112 | April 4, 2020 Email from Joy Xu to Mike Gula et al. re: TN PO !! they paid ! need shipping | BFM000027702 | BFM000027703 |
| 113 | April 5, 2020 Blue Flame Medical Item Cost Spreadsheet | BFM000125861 | BFM000125861 |
| 114 | April 5, 2020 Product Reseller Agreement between Blue Flame Medical and Two Point O, LLC | BFM000205124 | BFM000205135 |
| 115 | April 5, 2020 Email from Etham Bearman to Marc Serrio et al. re: Pricing | BFM000027925 | BFM000027925 |
| 116 | April 5, 2020 Email from Marc Serrio to Mike Gula re: Pricing | BFM000028885 | BFM000028886 |
| 117 | April 5, 2020 Email from Jonathan Kim to Julio Cabral et al. re: Ventilators - Panama & Mexico | BFM000029881 | BFM000029882 |
| 118 | April 5, 2020 Email from John Zhuang to Alex Pal et al. re: Updated Draft Agreement - 4/5/2020, 1215AM | BFM000211943 | BFM000211949 |
| 119 | April 5, 2020 Email from John Zhuang to Alex Pal et al. re: Updated Draft Agreement - 4/5/2020, 1215AM | BFM000211924 | BFM000211929 |
| 120 | April 6, 2020 Email from John Zhuang to Alex Pal et al. re: Updated Draft Agreement - 4/6/2020, 2:30AM PST | BFM000211956 | BFM000211986 |

| Ex. No. | Description | Starting Bates Number | Ending Bates Number |
|---------|-------------|----------------------|---------------------|
| 121 | April 6, 2020 Email from John Thomas to John Bissell et al. re: Tennessee Terms & Conditions | BFM000071165 | BFM000071193 |
| 122 | April 6, 2020 Email from John Zhuang to Jennifer Bollinger re: contingency language | BFM000211987 | BFM000211988 |
| 123 | April 6, 2020 Email from Ethan Bearman to Brian Bell et al. re: wiring instructions (getting updated makrite PO) | BFM000032114 | BFM000032124 |
| 124 | April 6, 2020 Email from John Zhuang to Jennifer Bollinger et al. re: MASTER SUPPLY AGREEMENT Health Products California (v5 BYD Clean).april 6.jb edits | BFM000211855 | BFM000211857 |
| 125 | April 6, 2020 Email from John Zhuang to Jennifer Bollinger et al. re: MASTER SUPPLY AGREEMENT Health Products California (v5 BYD Clean).april 6.jb edits | BFM000211852 | BFM000211854 |
| 126 | April 6, 2020 Email from Marc Serrio to Ethan Bearman re: wiring instructions (getting updated makrite PO) | BFM000120278 | BFM000120286 |
| 127 | April 6, 2020 Email from John Zhuang to Jennifer Bollinger et al. re: FW: Updating Exhibit B -- Schedule of Delivery | BFM000211399 | BFM000211402 |
| 128 | April 6, 2020 Email from John Zhuang to Jennifer Bollinger et al. re: FW: Updating Exhibit B -- Schedule of Delivery | BFM000211403 | BFM000211404 |
| 129 | April 7, 2020 Blue Flame Medical Item Cost Spreadsheet - Bulk Orders | BFM000034631 | BFM000034631 |
| 130 | April 7, 2020 Blue Flame Medical Item Cost Spreadsheet & Bulk Orders | BFM000120446 | BFM000120446 |
| 131 | April 7, 2020 Email from Joy Xu to Julio Cabral et al. re: China Certificate and Shipping | BFM000032686 | BFM000032696 |
| 132 | April 7, 2020 Email from Joy Xu to Mike Gula re: PO shipping needed | BFM000032797 | BFM000032801 |
| 133 | April 7, 2020 Email from Ethan Bearman to John Thomas et al. re: Bulk Order Price Sheet for 4/7/2020 | BFM000033514 | BFM000033514 |
| 134 | April 7, 2020 Email from Joy Xu to Julio Cabral et al. re: China Certificate and Shipping | BFM000035238 | BFM000035250 |
| 135 | April 7, 2020 Henry Huang Text Messages | BFM000198669 | BFM000198676 |
| 136 | April 8, 2020 Blue Flame Medical Bulk Order Price Sheet | BFM000002469 | BFM000002470 |

| Ex. No. | Description | Starting Bates Number | Ending Bates Number |
|---|---|---|---|
| 137 | April 8, 2020 Blue Flame Medical Bill to Governor Kay Ivey | BFM000046684 | BFM000046684 |
| 138 | April 8, 2020 email from Henry to Mike Gula et al. re: Confirmation | BFM000035394 | BFM000035394 |
| 139 | April 8, 2020 Email from Mike Gula to Joy Xu et al. re: Major PO for Wash. State | BFM000035942 | BFM000035946 |
| 140 | April 8, 2020 Email from Joy Xu to Mike Gula re: Major PO for Wash. state | BFM000036188 | BFM000036195 |
| 141 | April 8, 2020 Email from John Thomas to Michael Wong re: Blue Flame Medical N95's | BFM000072285 | BFM000072286 |
| 142 | April 8, 2020 Text Messages between John Thomas and Mike Gula | BFM000203369 | BFM000203369 |
| 143 | April 9, 2020 Blue Flame Medical Bulk Order Price Sheet | BFM000072442 | BFM000072443 |
| 144 | April 10, 2020 Email from Henry Huang to Mike Gula et al. re: Pricing Trends | BFM000039918 | BFM000039919 |
| 145 | April 10, 2020 Emil from Mike Gula to Joy Xu re: RI - important | BFM000039968 | BFM000039975 |
| 146 | April 10, 2020 Emil from Joy Xu to Mike Gula et al. re: RI - important | BFM000040004 | BFM000040013 |
| 147 | April 10, 2020 Email from Ethan Bearman to Mike Gula et al. re: Re: RI - important | BFM000121642 | BFM000121655 |
| 148 | April 10, 2020 Text Messages between Brielle Appelbaum and Mike Gula | BFM000203068 | BFM000203068 |
| 149 | April 10, 2020 Email from Joy Xu to Mike Gula et al. re: What would be helpful | BFM000040882 | BFM000040938 |
| 150 | April 10, 2020 Text Messages between Brielle Appelbaum and Mike Gula | BFM000203070 | BFM000203070 |
| 151 | April 10, 2020 Email from John Thomas to Michael Wong re: 100M Mask Order | BFM000109726 | BFM000109730 |
| 152 | April 10, 2020 Text message between Brielle Appelbaum and Mike Gula | BFM000203068 | BFM000203068 |
| 153 | April 11, 2020 Blue Flame Medical Bill to MUSC | BFM000122113 | BFM000122117 |
| 154 | April 11, 2020 Blue Flame Medical Bill to MUSC | BFM000122093 | BFM000122097 |
| 155 | April 11, 2020 Blue Flame Medical Bill to MUSC | BFM000122133 | BFM000122137 |

| Ex. No. | Description | Starting Bates Number | Ending Bates Number |
|---|---|---|---|
| 156 | April 11, 2020 Email from Henry to Ethan Bearman et al. re: Follow up on an Item | BFM000041996 | BFM000041997 |
| 157 | April 11, 2020 William Lee Text Messages | BFM000203224 | BFM000203224 |
| 158 | April 11, 2020 William Lee Text Messages | BFM000203223 | BFM000203223 |
| 159 | April 11, 2020 William Lee Text Messages | BFM000203225 | BFM000203225 |
| 160 | April 11, 2020 William Lee Text Messages | BFM000203226 | BFM000203226 |
| 161 | April 11, 2020 Mike Gula Text Messages | BFM000204636 | BFM000204636 |
| 162 | April 12, 2020 William Lee Text Messages | BFM000203229 | BFM000203229 |
| 163 | April 12, 2020 William Lee Text Messages | BFM000203230 | BFM000203230 |
| 164 | April 12, 2020 Email from John Zhuang to Jennifer Bollinger et al. re: NIOSH test status | BFM000211872 | BFM000211876 |
| 165 | April 12, 2020 William Lee Text Messages | BFM000203232 | BFM000203232 |
| 166 | April 12, 2020 William Lee Text Messages | BFM000203233 | BFM000203233 |
| 167 | April 13, 2020 Blue Flame Medical Bulk Order Price Sheet | BFM000002706 | BFM000002708 |
| 168 | April 13, 2020 Email from Henry Huang to Ethan Bearman et al. re: APS 500M | BFM000043329 | BFM000043330 |
| 169 | April 13, 2020 Email from Ethan Bearman to Steven King et al. re: RI - important | BFM000200441 | BFM000200455 |
| 170 | April 13, 2020 Email from Ethan Bearman to Elena McGrew re: Isolation gown pic/certificate | BFM000126774 | BFM000126779 |
| 171 | April 14, 2020 Email from Mike Gula to Peter McCann et al. re: Final Decisions | BFM000122638 | BFM000122639 |
| 172 | April 14, 2020 Email from Mike Gula to John Thomas et al. re: Final Decisions | BFM000122642 | BFM000122643 |
| 173 | April 14, 2020 Email from Ethan Bearman to Mike Gula et al. re: FW: Final Decisions | BFM000122649 | BFM000122651 |
| 174 | April 14, 2020 William Lee Text Messages | BFM000203234 | BFM000203234 |
| 175 | April 15, 2020 Email from Henry Huang to Ethan Bearman et al. re: 700M CE consumer masks | BFM000046434 | BFM000046435 |
| 176 | April 15, 2020 Email from Ethan Bearman to Mike Gula re: URGENT PO 1-4 | BFM000122853 | BFM000122857 |
| 177 | April 15, 2020 Email from John Thomas to Michael Wong re: 100M Mask Order | BFM000113888 | BFM000113894 |
| 178 | April 15, 2020 William Lee Text Messages | BFM000203235 | BFM000203235 |

| Ex. No. | Description | Starting Bates Number | Ending Bates Number |
|---|---|---|---|
| 179 | April 16, 2020 Blue Flame Medical Bulk Order Price Sheet | BFM000002821 | BFM000002822 |
| 180 | April 16, 2020 Email from Henry Huang to Ethan Bearman et al. re: Privileged and Confidential | BFM000048096 | BFM000048096 |
| 181 | April 17, 2020 Blue Flame Medical Bulk Order Price Sheet | BFM000002861 | BFM000002862 |
| 182 | April 17, 2020 Blue Flame Medical Item Cost and Bulk Order Price Sheet | BFM000048959 | BFM000048960 |
| 183 | April 17, 2020 Email from Matthew C. Hayes to John Thomas re: [EXTERNAL] Updated Costs And Potential Solutions | BFM000128078 | BFM000128079 |
| 184 | April 18, 2020 Blue Flame Medical Bulk Order Price Sheet | BFM000050220 | BFM000050220 |
| 185 | April 18, 2020 Email from Marc Serrio to Joy Xu et al re: Updated PO 1006 (Chicago) and Funds Sent To Wingar | BFM000128257 | BFM000128259 |
| 186 | April 19, 2020 Email from Oscar Su to Jennifer Bollinger re: FW: POC of logistic arrangement for mask delivery---BYD | BFM000211392 | BFM000211397 |
| 187 | April 20, 2020 Blue Flame Medical Bulk Order Price Sheet | BFM000051880 | BFM000051880 |
| 188 | April 20, 2020 Blue Flame Medical Item Cost and Bulk Order Price Sheet | BFM000128854 | BFM000128855 |
| 189 | April 20, 2020 Email from Henry Huang to Ethan Bearman et al. re: 3m | BFM000051032 | BFM000051049 |
| 190 | April 20, 2020 Text Messages between John Thomas and Matt Littman | BFM000213036 | BFM000213044 |
| 191 | April 20, 2020 Text Messages between John Thomas and Henry Huang | BFM000213045 | BFM000213061 |
| 192 | April 20, 2020 Email from Oscar Su to Angela Shell et al. re: POC of logistic arrangement for mask delivery---BYD | BFM000211579 | BFM000211584 |
| 193 | April 20, 2020 Text Messages between John Thomas and Mike Gula | BFM000213068 | BFM000213312 |
| 194 | April 20, 2020 Text Messages between John Thomas and Justin Wallin | BFM000213314 | BFM000213354 |
| 195 | April 20, 2020 Text Messages between John Thomas and Ethan Bearman | BFM000213355 | BFM000213432 |

| Ex. No. | Description | Starting Bates Number | Ending Bates Number |
|---|---|---|---|
| 196 | April 21, 2020 Blue Flame Medical Bulk Order Price Sheet | BFM000074735 | BFM000074735 |
| 197 | April 21, 2020 Blue Flame Medical Item Cost and Bulk Order Price Sheet | BFM000054100 | BFM000054101 |
| 198 | April 21, 2020 Blue Flame Medical Item Cost Spreadsheet | BFM000055132 | BFM000055132 |
| 199 | John Thomas – Michael Wong – Daniel Kim Text Messages | BFM000129957 | BFM000129958 |
| 200 | April 22, 2020 Blue Flame Medical Bulk Order Price Sheet | BFM000130018 | BFM000130018 |
| 201 | April 22, 2020 Blue Flame Medical Item Cost and Bulk Order Price Sheet | BFM000054717 | BFM000054718 |
| 202 | April 22, 2020 Blue Flame Medical Item Cost and Bulk Order Price Sheet | BFM000130015 | BFM000130015 |
| 203 | April 22, 2020 Blue Flame Medical Item Cost and Bulk Order Price Sheet | BFM000130016 | BFM000130017 |
| 204 | April 22, 2020 Email from Marc Serrio to John Thomas et al. re: Anedot Transaction Refunded - Yelena Crowley | BFM000075052 | BFM000075053 |
| 205 | April 23, 2020 Blue Flame Medical Bulk Order Price Sheet | BFM000056059 | BFM000056059 |
| 206 | April 23, 2020 Blue Flame Medical Item Cost Price Sheet | BFM000056060 | BFM000056060 |
| 207 | April 23, 2020 Blue Flame Medical Purchase Order | BFM000205107 | BFM000205119 |
| 208 | April 24, 2020 Blue Flame Medical Bulk Order Price Sheet | BFM000057832 | BFM000057832 |
| 209 | April 23, 2020 Blue Flame Medical Item Cost Price Sheet | BFM000057834 | BFM000057834 |
| 210 | April 24, 2020 Email from Joy Xu to Mike Gula et al. re: reusable mask cost/volume | BFM000057170 | BFM000057184 |
| 211 | April 24, 2020 Email from Marc Serrio to Theresa Anne Durham Wigley et al. re: Weekly check-in | BFM000131177 | BFM000131182 |
| 212 | April 24, 2020 Email from Oscar Su to Alex Pal et al. re: FW: CA Outstanding Questions from Alex Pal | BFM000211386 | BFM000211389 |

| Ex. No. | Description | Starting Bates Number | Ending Bates Number |
|---|---|---|---|
| 213 | April 25, 2020 Email from Oscar Su to John Zhuang et al. re: CA Outstanding Questions from Alex Pal | BFM000211501 | BFM000211504 |
| 214 | April 25, 2020 Text Messages between John Thomas and Mike Gula and Henry Huang | BFM000213650 | BFM000213650 |
| 215 | April 25, 2020 Email from Oscar Su to Alex Pal et al. re: CA Outstanding Questions from Alex Pal | BFM000211495 | BFM000211500 |
| 216 | April 25, 2020 Email from Oscar Su to Alex Pal et al. re: CA Outstanding Questions from Alex Pal | BFM000211509 | BFM000211515 |
| 217 | April 27, 2020 Blue Flame Medical Bulk Order Price Sheet | BFM000076074 | BFM000076075 |
| 218 | April 27, 2020 Blue Flame Medical Item Cost Price Sheet | BFM000058901 | BFM000058901 |
| 219 | April 27, 2020 Text Messages between John Thomas and Will Lee | BFM000213651 | BFM000213655 |
| 220 | April 28, 2020 Blue Flame Medical Bulk Order Price Sheet | BFM000076502 | BFM000076502 |
| 221 | April 28, 2020 Blue Flame Medical Item Cost Price Sheet | BFM000060328 | BFM000060328 |
| 222 | April 28, 2020 Email from Mike Gula to Steven King et al. re: RI - important | BFM000060331 | BFM000060339 |
| 223 | April 28, 2020 Email from Marc Serrio to Dalila Gomez re Alabama today | BFM000076587 | BFM000076588 |
| 224 | April 28, 2020 Text Messages between Marc Serrio and Mike Gula et al. | BFM000203049 | BFM000203049 |
| 225 | April 29, 2020 Blue Flame Medical Bulk Order Price Sheet | BFM000064088 | BFM000064089 |
| 226 | April 29, 2020 Blue Flame Medical Item Cost Price Sheet | BFM000064090 | BFM000064090 |
| 227 | April 29, 2020 Email from Jack Howard to Mike Gula et al. re: Referral from Maryland Dept. of General Services Assistant Secretary Jack Howard | BFM000209562 | BFM000209564 |
| 228 | April 30, 2020 Blue Flame Medical Bulk Order Price Sheet | BFM000077091 | BFM000077092 |
| 229 | April 30, 2020 Blue Flame Medical Item Cost and Bulk Order Price Sheet | BFM000077081 | BFM000077081 |

| Ex. No. | Description | Starting Bates Number | Ending Bates Number |
|---|---|---|---|
| 230 | April 30, 2020 Email from Joy Xu to Ethan Bearman et al. re: Potential Order for Colorado | BFM000133843 | BFM000133845 |
| 231 | April 30, 2020 from Joy Xu to Ethan Bearman et al. re: Potential Order for Colorado | BFM000064410 | BFM000064412 |
| 232 | April 30, 2020 Email from Marc Serrio to Kathleen Baxter et al. re: Account Info | BFM000133929 | BFM000133932 |
| 233 | April 30, 2020 Email from Dalila Gomez to Marc Serrio re: Alabama | BFM000077359 | BFM000077359 |
| 234 | May 1, 2020 Blue Flame Medical Item Cost Price Sheet | BFM000078138 | BFM000078138 |
| 235 | May 1, 2020 Email from Joy Xu to Marc Serrio et al. re: 1.0 m refund from Wingar | BFM000078089 | BFM000078090 |
| 236 | May 1, 2020 Email from Ethan Bearman to Tamara Steinbach re: Fwd: Updated quote with medical grade KN95 masks from Blue Flame Medical | BFM000078158 | BFM000078162 |
| 237 | May 1, 2020 Email from Ethan Bearman to Mike Gula et al. re: Based on my conversations with Marc and Mike - attached is a highly sharpened Colorado quote | BFM000134375 | BFM000134376 |
| 238 | May 1, 2020 Email from Marcia Rockwell to CalOES BYDinvoice et al. re: No Shipments (delay) | BFM000212134 | BFM000212134 |
| 239 | May 1, 2020 Email from Tamara Steinbach to Mike Gula re: FW: Level 3 isolation gown - correct | BFM000078671 | BFM000078681 |
| 240 | May 1, 2020 Email from Mike Gula to Tamara Steinback re: Colorado SO 4.26 Rev12.pdf | BFM000078704 | BFM000078705 |
| 241 | May 1, 2020 Email from Tamara Steinbach to Mike Gula re: Colorado SO 4.26 Rev12.pdf | BFM000078725 | BFM000078726 |
| 242 | May 3, 2020 Email from Marc Serrio to Angela Hayes et al. re: {External] Re: Request for Quote | BFM000134983 | BFM000134990 |
| 243 | May 4, 2020 Blue Flame Medical Item Cost Price Sheet | BFM000079700 | BFM000079700 |
| 244 | May 4, 2020 Email from Marc Serrio to Lindsay Green et al. re: Blue Flame Medic - $4,812.04 from Lindsay Green | BFM000135129 | BFM000135136 |
| 245 | May 4, 2020 Email from Ethan Bearman to John Thomas et al. re: Colorado | BFM000080065 | BFM000080065 |

| Ex. No. | Description | Starting Bates Number | Ending Bates Number |
|---|---|---|---|
| 246 | May 4, 2020 Text Messages between Brielle Appelbaum and John Thomas | BFM000202898 | BFM000202898 |
| 247 | Mike Gula Text Messages | BFM000204602 | BFM000204602 |
| 248 | May 6, 2020 Email from Jennifer Bollinger to John Zhuang et al re: Amendment No. 2 to the MSA v10 | BFM000212182 | BFM000212188 |
| 249 | May 6, 2020 Text Messages between John Thomas and Michael Cambron & Henry Huang | BFM000213674 | BFM000213674 |
| 250 | May 6, 2020 Email from Jennifer Bollinger to John Zhuang et al re: Amendment No. 2: Fully Executed | BFM000212189 | BFM000212194 |
| 251 | May 6, 2020 Email from Brain Ferguson to Mark Ghilarducci et al. re: Fwd: News Alert: AP: California to get $247M refund as masks face delivery delay | BFM000212196 | BFM000212198 |
| 252 | May 7, 2020 Email from Michael Collins to Elena McGrew re: Gowns - level 1 & level 2 | BFM000082935 | BFM000082935 |
| 253 | May 8, 2020 Email from Mike Gula to March Serrio et al. re: FW: [External Email Alert]Fwd: Blue Flame Medic - $2,793 from Bruce Reeve | BFM000136865 | BFM000136868 |
| 254 | Mike Gula Text Messages | BFM000204578 | BFM000204578 |
| 255 | May 13, 2020 Text Messages between John Thomas and Jaime Coronado and Jonathan | BFM000213675 | BFM000213693 |
| 256 | May 19, 2020 Email from Brielle Appelbaum to Arielle Kaubvar et al. re: FedEx Tracking Number and Follow Up | BFM000077899 | BFM000077900 |
| 257 | May 19, 2020 Email from Brielle Appelbaum to Brielle Appelbaum et al. re: Happy Customer: Bath Lumber and Hardware | BFM000200696 | BFM000200702 |
| 258 | May 21, 2020 Text Messages between John Thomas and Paris Pope, Mike Gula, Brielle Applebaum and Doug Gansler | BFM000213697 | BFM000213745 |
| 259 | May 21, 2020 Marc Serrio Text Messages | BFM000204713 | BFM000204713 |
| 260 | Will Lee Text Messages | BFM000204731 | BFM000204731 |
| 261 | Marc Serrio Text Messages | BFM000204706 | BFM000204706 |
| 262 | May 26, 2020 Text Messages between John Thomas and Bruce Boyd | BFM000213754 | BFM000213756 |
| 263 | May 26, 2020 Email from Brielle Appelbaum to Ethan Bearman et al. re: Proof of Delilvery - Current Accounts | BFM000140202 | BFM000140299 |

| Ex. No. | Description | Starting Bates Number | Ending Bates Number |
|---|---|---|---|
| 264 | May 26, 2020 Email from Brielle Appelbaum to Brielle Appelbaum et al. re: HAPPY CUSTOMER ALERT: Project Hope Alliance | BFM000140974 | BFM000140982 |
| 265 | May 28, 2020 Email from Ethan Bearman to Marc Serrio et al. re William Lee | BFM000203713 | BFM000203721 |
| 266 | May 29, 2020 Email from John Thomas to Marc Serrio re: First Pass Projections | BFM000148843 | BFM000148845 |
| 267 | May 29, 2020 Email from henry@chcgp.com to Michael Collins et al. re: glove quote | BFM000101765 | BFM000101767 |
| 268 | May 29, 2020 Email from Ethan Bearman to Marc Serrio et al. re: Outside supplier agreement | BFM000199964 | BFM000199966 |
| 269 | June 1, 2020 Email from Joseph Choi to Michael Collins et al. re: Philips Trilogy t100 | BFM000200782 | BFM000200785 |
| 270 | June 4, 2020 Email from John Thomas to Athens et al. re: I finished | BFM000156651 | BFM000156661 |
| 271 | June 9, 2020 Email from Marc Serrio to Ethan Bearman re: Fwd: Alabama today | BFM000158482 | BFM000158485 |
| 272 | June 10, 2020 Email from Jonathan Franks to Jacob Appelbaum re: FW: FedEx Drop Off Needed: Philanthropy Roundup 5.20 | BFM000203392 | BFM000203399 |
| 273 | June 16, 2020 Text Messages between Mike Gula and Marc Serrio et al. | BFM000202909 | BFM000202909 |
| 274 | June 16, 2020 Text Messages between John Thomas and Michael Cambron | BFM000213757 | BFM000213762 |
| 275 | June 18, 2020 Text Messages between Mike Gula and Marc Serrio et al. | BFM000202911 | BFM000202911 |
| 276 | Will Lee Text Messages | BFM000204722 | BFM000204722 |
| 277 | July 7, 2020 Marc Serrio Text Messages | BFM000204692 | BFM000204692 |
| 278 | July 15, 2020 John Thomas Text Messages | BFM000200416 | BFM000200416 |
| 279 | Blue Flame Medical Purchase Order | BFM000206826 | BFM000206826 |
| 280 | August 2, 2020 Email from Douglas Gansler to Lauri McGuire et al. re: Purchase Order (FOR SETTLEMENT PURPOSES ONLY) | BFM000206824 | BFM000206826 |
| 281 | August 11, 2020 Bill of Lading | BFM000205726 | BFM000205727 |
| 282 | August 15, 2020 Email from John Thomas to Marc Serrio et al. re: N95 Masks for CA | BFM000201356 | BFM000201359 |
| 283 | August 20, 2020 Email from John Thomas to Marc Serrio et al. re: KN95 Masks | BFM000201455 | BFM000201456 |

| Ex. No. | Description | Starting Bates Number | Ending Bates Number |
|---|---|---|---|
| 284 | August 21, 2020 Email from Wesley Winterermyer to Mike Hailfley et al. re: Purchase Order #H00P0601445 | BFM000207096 | BFM000207101 |
| 285 | August 27, 2020 Email from Marc Serrio to John Thomas et al. re: Fw: Glove Inventory | BFM000201571 | BFM000201572 |
| 286 | October 13, 2020 Email from Lauri McGuire (DGS) to Douglas Gansler et al. re: Completed: You're copied on "2020-10-06 BFM-DGS Agreement_(55337448)" | BFM000207290 | BFM000207298 |
| 287 | November 17, 2020 Email from Lauri McGuire - DGS to Douglas Gansgler et al. re: FW: Follow up | BFM000207335 | BFM000207341 |
| 288 | Excel Spreadsheet re sales | BFM000002971 | BFM000002971 |
| 289 | Excel Spreadsheet re Philanthropy distribution | BFM000162924 | BFM000162924 |
| 290 | Blue Flame Medical Profit and Loss Spreadsheet | BFM000199998 | BFM000199998 |
| 291 | Henry Huang text message | BFM000011979 | BFM000011979 |
|  |  |  |  |
| 500 | November 2011 Chain Bridge Bank, N .A. Funds Availability (Reg CC) Policy | CBB00004307 | CBB00004309 |
| 501 | Suspicious Activity Procedures - September 2016 | CBB00004274 | CBB00004276 |
| 502 | Chain Bridge Bank, N.A. Funds Availability (Reg CC) Policy - Revised in November, 2011 and Re-Adopted by the board in February, 2013 and January, 2014-2018 | CBB00004307 | CBB00004309 |
| 503 | Chain Bridge Bank, N.A. Procedures for Responding to Claims of Identiry Theft (Red Flags) - Last Revised July 2019 | CBB00004279 | CBB00004293 |
| 504 | BSA Training - BSA Policy Review - All-Staff Summary - September 12, 2019 | CBB00004277 | CBB00004278 |
| 505 | Chain Bridge Bank, N.A. Wire Transfer Policy | CBB00004294 | CBB00004301 |
| 506 | Recording of  March 25, 2020 Telephonic Conversation between Mike Gula and Heather Schoeppe | CBB00002794 | CBB00002794 |
| 507 | Recording of  March 25, 2020 Telephonic Conversation between Mike Gula and Heather Schoeppe | CBB00002795 | CBB00002795 |

| Ex. No. | Description | Starting Bates Number | Ending Bates Number |
|---|---|---|---|
| 508 | Recording of March 25, 2020 Telephonic Conversation between Heather Schoeppe and Joanna Williamson | CBB00002797 | CBB00002797 |
| 509 | Recording of March 25, 2020 Telephonic Conversation between John Brough, David Evinger, and Heather Schoeppe | CBB00002798 | CBB00002798 |
| 510 | Blue Flame Medical Account Agreement | CBB00000555 | CBB00000556 |
| 511 | March 25, 2020 Chain Bridge Bank Daily Bank Balance Sheet | CBB00004312 | CBB00004312 |
| 512 | March 25, 2020 Recording of telephonic discussion between Heather Schoeppe and Mike Richardson | CBB00002792 | CBB00002792 |
| 513 | March 25, 2020 Recording of Heather Schoeppe leaving voicemail for John Brough | CBB00002796 | CBB00002796 |
| 514 | Handwritten notes | CBB00004442 | CBB00004444 |
| 515 | Handwritten notes | CBB00004445 | CBB00004445 |
| 516 | March 25, 2020 Handwritten notes re: names and phone numbers | CBB00004442 | CBB00004444 |
| 517 | March 25, 2020 Blue Flame Medical, LLC Notes of David Evinger | CBB00004453 | CBB00004462 |
| 518 | March 25, 2020 - March 26, 2020 Timeline | CBB00004463 | CBB00004467 |
| 519 | March 25, 2020 Email from Mike Gula to Maria Cole re: NEW Business Account Needed | CBB00001514 | CBB00001517 |
| 520 | March 25, 2020 Email from Mike Gula to Mariano Castagnello re: Need BF Medical EIN/Registration | CBB00002563 | CBB00002571 |
| 521 | March 25, 2020 Email from Maria Cole to Mike Gule re: Wire | CBB00001781 | CBB00001784 |
| 522 | March 25, 2020 Email from Mike Gula to Maria Cole re: wire | CBB00003573 | CBB00003574_00003 |
| 523 | March 25, 2020 Email from John Brough to David Evinger | CBB00000779 | CBB00000781 |
| 524 | March 25, 2020 Email from Maria Cole to Mike Richardson re: FW: wire | CBB00001770 | CBB00001772 |
| 525 | March 25, 2020 Email from Mike Gula to Maria Cole re: Wire | CBB00001460 | CBB00001462 |
| 526 | March 25, 2020 Email from Andrew Sturmfels to Michael Wong re: Medical Supplies Sheet | CBB00002048 | CBB00002055 |

| Ex. No. | Description | Starting Bates Number | Ending Bates Number |
|---|---|---|---|
| 527 | March 25, 2020 Email from Heather Schoeppe to Mike Richardson re: Blue Flame Medical Incoming Wire 450 Million | CBB000000853 | CBB00000856 |
| 528 | March 25, 2020 Email from Michael Wong to John Catching re: 100M Additional N95 Masks | CBB00002368 | CBB00002369 |
| 529 | March 25, 2020 Email from Mike Gula to David Evinger et al. re: Screenshot 2020-03-25 at 6.26.08 PM | CBB00002699 | CBB00002700 |
| 530 | March 25, 2020 Email from Maria Cole to Heather Schoeppe | CBB00001097 | CBB00001101 |
| 531 | March 25, 2020 Email from Heather Schoeppe to John Brough re: Blue Flame Medical Incoming Wire 450 Million | CBB00000761 | CBB00000763 |
| 532 | Recording of March 26, 2020 Telephone Conversation between David Evinger, John Brough, Claudia Mojica-Guadron, and Thais Ribeiro | CBB00002789 | CBB00002789 |
| 533 | Recording of March 26, 2020 Telephone Conversation between John Thomas and Maria Cole | CBB00002786 | CBB00002786 |
| 534 | Recording of March 26, 2020 Voicemail from Fee Chang to David Evinger | CBB00000707 | CBB00000707 |
| 535 | Recording of March 26, 2020 Telephone Conversation between Fee Chang and David Evinger | CBB00002543 | CBB00002543 |
| 536 | Recording of March 26, 2020 Telephone Conversation Between Rakesh Korpal, John Brough, and David Evinger | CBB00002541 | CBB00002541 |
| 537 | Recording of March 26, 2020 Telephone Conversation Between Rakesh Korpal, John Brough, and David Evinger | CBB00002544 | CBB00002544 |
| 538 | Recording of March 26, 2020 Telephonic Conversation between Heather Schoeppe and family member | CBB00002799 | CBB00002799 |
| 539 | Recording of March 26, 2020 Telephone Conversation between Claudia Mojica-Guadron, and Thais Ribeiro | CBB00002791 | CBB00002791 |
| 540 | Chain Bridge Bank GL History Print | CBB00002529 | CBB00002536 |
| 541 | Recording of March 26, 2020 Telephone Conversation between John Thomas and Maria Cole | CBB00002787 | CBB00002787 |

| Ex. No. | Description | Starting Bates Number | Ending Bates Number |
|---|---|---|---|
| 542 | Recording of March 26, 2020 Telephone Conversation between John Thomas and Maria Cole | CBB00002787 | CBB00002787 |
| 543 | Maria Cole – John Thomas Call Log | CBB00004437 | CBB00004437 |
| 544 | State of California Notices of Claim Paid | CBB00002501 | CBB00002505 |
| 545 | March 26, 2020 Chain Bridge Bank Call Log | CBB00004323 | CBB00004362 |
| 546 | Chain Bridge Bank IASR Report - Federal Reserve Bank of Richmond - Summary Statement of Account | CBB00002655 | CBB00002659 |
| 547 | Handwritten notes | CBB00004446 | CBB00004448 |
| 548 | March 26, 2020 Email from Mike Gula to David Evinger re: Blue Flame Medical | Fighting Coronavirus | CBB00002686 | CBB00002686 |
| 549 | Wire Transfers – Display Incoming 03/26/2020 10:41AM | CBB00002649 | CBB00002649 |
| 550 | Wire Transfers – Display 03/26/2020 11:14AM | CBB00002650 | CBB00002650 |
| 551 | Fedwire Funds Processor Message | CBB00002779 | CBB00002779 |
| 552 | March 26, 2020 Email from Chain Bridge Bank, N.A. Wire Department to Mike Gula re: Incoming Wire Confirmation | CBB00001939 | CBB00001939 |
| 553 | March 26, 20202 Email from Chain Bridge Bank N.A. Wire Department to Mike Gula re: Incoming Wire Confirmation [Send Secure] | CBB00001938 | CBB00001939 |
| 554 | March 26, 2020 Email from Heather Schoeppe to John Brough re: Contact Info | CBB00002673 | CBB00002677 |
| 555 | March 26, 2020 Email from Mike Richardson to Maria Cole re: Blue Flame Medical Incoming Wire 450 Million | CBB00001008 | CBB00001029 |
| 556 | March 26, 2020 Email from David Evinger to Jennifer Lincoln et al. re: Incoming Large Wire | CBB000000807 | CBB000000807 |
| 557 | March 26, 2020 Email from Maria Cole to John Thomas re: Wire Request Form | CBB00001725 | CBB00001726 |
| 558 | March 26, 2020 Email from John Brough to Jennifer Lincoln et al. re: Incoming Large Wire | CBB000000748 | CBB000000748 |
| 559 | March 26, 2020 Email from Peter Fitzgerald to John Brough re: $450 Million Wire Came In | CBB00002725 | CBB00002729 |
| 560 | March 26, 2020 Email from Maria Cole to Mike Richardson et al. re: Blue Flame Medical Incoming Wire 450 Million | CBB000000971 | CBB000000980 |

| Ex. No. | Description | Starting Bates Number | Ending Bates Number |
|---|---|---|---|
| 561 | March 26, 2020 Email from Mike Richardson to Maria Cole et al. re Completed: Blueflame Strategies LLC - Wire Transfer Agreement and Wire Authorz | CBB00001386 | CBB00001389 |
| 562 | March 26, 2020 Email from John J. Brough to Peter G. Fitzgerald re: $450 Million Wire Came In | CBB00002731 | CBB00002734 |
| 563 | March 26, 2020 Email from Ethan Bearman to Maria Cole re: Blue Flame Medical LLC – Wire Transfer | CBB00001385 | CBB00001385 |
| 564 | March 26, 2020 Email from Maria Cole to Mike Richardson et al. re: Blue Flame Medical Incoming Wire 450 Million | CBB00000919 | CBB00000929 |
| 565 | March 26, 2020 Email from Heather Schoeppe to Thais Ribeiro et al. re: Incoming Large Wire | CBB00000741 | CBB00000743 |
| 566 | March 26, 2020 Email from Heather Schoeppe to David Evinger et al. re: Blue Flame Medical Incoming Wire 450 Million | CBB000000718 | CBB000000727 |
| 567 | March 26, 2020 Email from Fee Chang to Natalie Gonzales, et al. re: FW: Email Chain Restored w/ All Who Need To Know | CBB00002148 | CBB00002151 |
| 568 | March 26, 2020 Email from Heather Schoeppe to Rick Claburn re: Blue Flame Medical Incoming Wire 450 Million | CBB00000818 | CBB00000829 |
| 569 | March 26, 2020 Email from John Brough to Maria Cole re: Blue Flame Medical Incoming Wire 450 Million | CBB00000661 | CBB00000671 |
| 570 | March 26, 2020 Wire Transfer Display | CBB00002651 | CBB00002652 |
| 571 | March 26, 2020 Email from Heather Schoeppe to Maria Cole et al. re: Blue Flame Medical LLC – Wire Transfer | CBB00000655 | CBB00000657 |
| 572 | March 26, 2020 email from Angeli Nanali to John Brough, et al. re: Wire Is Being Returned | CBB00000643 | CBB00000644 |
| 573 | Fedwire Funds Processor Message | CBB00002780 | CBB00002780 |
| 574 | March 26, 2020 Email from Claudia Mojica-Guadron to John Brough et al. re: Message from JPMorgan Chase – Large Incoming Wire | CBB00000640 | CBB00000642 |
| 575 | March 26, 2020 Email from David Evinger to Thais Ribeiro et al. re: Message from JPMorgan Chase – Large Incoming Wire | CBB00000795 | CBB00000796 |

| Ex. No. | Description | Starting Bates Number | Ending Bates Number |
|---|---|---|---|
| 576 | March 26, 2020 email from Heather Schoeppe to Thais Ribeiro re: Please Close BlueFlame Accounts | CBB00000815 | CBB00000817 |
| 577 | Wire Transfers – Display 03/26/2020 2:59PM | CBB00002653 | CBB00002654 |
| 578 | March 26, 2020 Fedwire Funds Processor Message | CBB00002781 | CBB00002781 |
| 579 | March 26, 2020 Email from Heather Schoeppe to John Brough et al. re: Please Close BlueFlame Accounts | CBB00000594 | CBB00000599 |
| 580 | March 26, 2020 Email from Heather Schoeppe to John J. Brough et al. re: Please Close BlueFlame Accounts | CBB00000594 | CBB00000599 |
| 581 | March 26, 2020 Wire Report | CBB00002462 | CBB00002462 |
| 582 | March 26, 2020 Email from David Evinger to John Brough et al. re: Message from JPMorgan Chase – Large Incoming Wire | CBB000000791 | CBB000000794 |
| 583 | March 26, 2020 Email from John J. Brough to Heather Schoeppe re: Please close BlueFlame Accounts | CBB00000635 | CBB00000635 |
| 584 | Recording of March 26, 2020 Telephone Conversation between Tim Coffey, John Brough, and David Evinger | CBB00002545 | CBB00002545 |
| 585 | March 26, 2020 Email from Tim Ahmad to David M. Evinger et al. re: Message from JPMorgan Chase - Large Incoming Wire | CBB00000579 | CBB00000582 |
| 586 | March 26, 2020 Email from noreply@sf-notifications.com to David Evinger re: ShareFile Activity Notification | CBB00000577 | CBB00000578 |
| 587 | Recording of March 27, 2020 Telephonic Conversation between Heather Schoeppe and John Brough | CBB00002800 | CBB00002800 |
| 588 | March 27, 2020 Email from David Evinger to Mariano Castagnello re: Blue Flame Medical LLC Documentation | CBB00000785 | CBB00000785 |
| 589 | March 27, 2020 Email from Heather Schoppe to David Evinger re: Blueflame Strategies Wire Form for John Thomas | CBB00000557 | CBB00000558 |
| 590 | March 26, 2020 Email from John Brough to Heather Schoeppe et al. re: No New Accounts for These Clients | CBB00000527 | CBB00000527 |
| 591 | March 27, 2020 Email from Tsega Yohannes to Mariano Castagnello re: Expected Activity | CBB00001202 | CBB00001203 |

| Ex. No. | Description | Starting Bates Number | Ending Bates Number |
|---------|-------------|----------------------|--------------------|
| 592 | Chain Bridge Bank - Due from Fed Reserve Bank - Interest Bearing | CBB00002661 | CBB00002661 |
| 593 | John Thomas – Michael Wong Text Messages | CBB00002313 | CBB00002332 |
| 594 | John Thomas – Michael Wong – Daniel Kim Text Messages | CBB00002281 | CBB00002286 |
| 595 | SilverLake Maintenance History for Blue Flame Medical Account | CBB00004468 | CBB00004468 |
| 596 | Chain Bridge Bank – Terms and Conditions of Your Account | CBB00002765 | CBB00002778 |
| 597 | Chain Bridge Bank, N.A. Wire Transfer Procedures | CBB00004302 | CBB00004306 |
| 598 | Chain Bridge Bank N.A. Funds Availability Disclosure | CBB00004310 | CBB00004311 |
| 599 | Informally Produced Wire Transfer Report | TBD | TBD |
|  |  |  |  |
| 600 | JPMC Transaction Reference Number: 2693100086JO / Client Name:  California State Treasurer Alert Summary | JPMC-00000469 | JPMC-00000470 |
| 601 | March 26, 2020 Email from Fraud Alert GPG to Jenifer Robinson et al. | JPMC-00000003 | JPMC-00000005 |
| 602 | March 26, 2020 Email from Tim Coffey to Fraud Alert GPG et al. re: [RFI-89021]: EXPEDITE REVIEW/APPROVAL Held Payment >=550MM USD CLIENT | JPMC-00000009 | JPMC-00000009 |
| 603 | March 26, 2020 Email from Ana Prieto to Natalie Gonzales re: 03/26/20 Large Outgoing Wire | JPMC-00000027 | JPMC-00000028 |
| 604 | March 26, 2020 Email from Brian Page to Art Neville et al. re: 03/26/20 STO Large Outgoing Wire | JPMC-00000036 | JPMC-00000040 |
| 605 | March 26, 2020 Email from Timothy P. Coffey to Rakesh Korpal re: Conversation initiated by timothy.p.coffey@jpmchase.com | JPMC-00000068 | JPMC-00000068 |
| 606 | March 26, 2020 Email from Jenifer Robinson to Rakesh Korpal | JPMC-00000084 | JPMC-00000088 |
| 607 | March 26, 2020 Email from Jenifer Robinson to Rakesh Korpal | JPMC-00000089 | JPMC-00000094 |
| 608 | May 4, 2020 Instant Message Discussion Between Rakesh Korpal and Brian Stephenson | JPMC-00000270 | JPMC-00000270 |
| 609 | May 4, 2020 Email from Brian Stephenson to Rakesh Korpal | JPMC-00000274 | JPMC-00000274 |

| Ex. No. | Description | Starting Bates Number | Ending Bates Number |
|---------|-------------|----------------------|---------------------|
| 610 | June 15, 2020 Email from Rakesh Korpal to Art Neville | JPMC-00000392 | JPMC-00000393 |
| | | | |
| 700 | March 24, 2020 Email from Jennifer McNary to Michael Wong re: Medical Supplies Sheet | DGS5563 | DGS5567 |
| 701 | State of California – General Services Procurement Division – Purchasing Authority Purchase Order | DGS2491 | DGS2495 |
| 702 | March 25, 2020 Email from Angela Shell to Andrew Sturmfels et al. re: Immediate Purchases in Need of Advanced Payment | DGS0123 | DGS0125 |
| 703 | March 25, 2020 Email from Karen Greene Ross to Andrew Sturmfels, et al. re: Email Chain Restored w/ All Who Need To Know | SCO0162 | SCO0171 |
| 704 | March 25, 2020 Email from Andrew Sturmfels to Karen Greene Ross, et al. re: Email Chain Restored w/ All Who Need to Know | DGS0152 | DGS0153 |
| 705 | March 25, 2020 Email from Kim Daniel to Jutta Wiechec et al. re: Email chain restored w/all who need to know ..... | SC01051 | SCO1060 |
| 706 | March 25, 2020 Email from Andrew Sturmfels to Andre Rivera re: Email Chain Restored w/ All Who Need to Know | DGS3138 | DGS3153 |
| 707 | March 25, 2020 Email from Fee Chang to Monica Cuellar, et al. re: Email Chain Restored w/ All Who Need to Know | DGS0212 | DGS0226 |
| 708 | March 25, 2020 Email from Dan Kim to Allan Watson re: Email Chain Restored w/ All Who Need to Know | DGS0775 | DGS0787 |
| 709 | March 25, 2020 Email from Natalie Gonzales to Andrew Sturmfels, et al. re: Email Chain Restored w/ All Who Need to Know | SCO0665 | SCO0688 |
| 710 | March 26, 2020 Email from Karen Greene Ross to Daniel Kim re: email chain restored w/all who need to know….. | DGS4966 | DGS4980 |
| 711 | March 26, 2020 Email from Daniel Kim to Monica Cuellar, et al. re: Email Chain Restored w/ All Who Need to Know | SCO0585 | SCO0604 |
| 712 | March 26, 2020 Email from Natalie Gonzales to Fee Chang et al. re: Urgent - request call from CEO/President of Chain Bridge Bank | DGS4006 | DGS4030 |

| Ex. No. | Description | Starting Bates Number | Ending Bates Number |
|---|---|---|---|
| 713 | March 26, 2020 Email from Natalie Gonzales to Amin Pirasteh re: Email Chain Restored w/ All Who Need to Know | STO0626 | STO0648 |
| 714 | March 26, 2020 Email from Andrew Sturmfels to Karen Greene Ross et al. re: Email Chain Restored w/ All Who Need to Know | SCO0221 | SCO0245 |
| 715 | March 26, 2020 Email from Andrew Sturmfels to Karen Greene Ross re: Email Chain Restored w/ All Who Need to Know | SCO0131 | SCO0156 |
| 716 | March 26, 2020 Email from Bill Simonson to Angela Shell re: Email Connect - DGS and John Thomas | DGS6910 | DGS6912 |
| 717 | March 26, 2020 Email from Andrew Sturmfels to Andre Rivera re: Email Chain Restored w/ All Who Need to Know | DGS0209 | DGS0210 |
| 718 | Email from Angela Shell to tmcarter@fbi.gov re: Blue Flame Strategies | DGS7257 | DGS7257 |
| 719 | Email from Angela Shell to tmcarter@fbi.gov re: Blue Flame Strategies | DGS7293 | DGS7293 |
| 720 | April 2, 2020 Email from Michael Wong to Sarah Lawand et al. re: Blue Flame consultant | DGS6820 | DGS6821 |
| 721 | April 13, 2020 Email from Michael Wong to Sarah Lawand re: 100M Mask Order | DGS6870 | DGS6875 |
| 722 | October 26, 2020 Notes of Dan Kim | DGS6516 | DGS6518 |
| 723 | November 19, 2020 Email from Angela Shell to Monica Hassan re: 60 min follow up | DGS0518 | DGS0519 |
| 724 | December 16, 2020 Email from Lillian Lee to Fee Chang | DGS0960 | DGS0960 |
| 725 | Chronology of Dan Kim | DGS8016 | DGS8021 |
|  |  |  |  |
| 800 | Defendants' Answer, Affirmative Defenses, and Counterclaims | N/A | N/A |
| 801 | Plaintiff's Responses to Defendants' First Set of Interrogatories to Blue Flame Medical LLC | N/A | N/A |
| 802 | Defendants' Responses to Plaintiff's First Set of Interrogatories | N/A | N/A |
| 803 | Answer and Defenses of JPMorgan Chase Bank, N.A. to Chain Bridge Bank, N.A.'s Third-Party Complaint | N/A | N/A |

| Ex. No. | Description | Starting Bates Number | Ending Bates Number |
|---|---|---|---|
| 804 | Plaintiff's Notice of Rule 30(b)(6) Videotaped Deposition of JPMorgan Chase Bank, N.A. | N/A | N/A |
| 805 | Subpoena to Testify at a Deposition in a Civil Action to California State Controller's Office | N/A | N/A |
| 806 | February 12, 2021 Expert Report Of Mark Faulkner | N/A | N/A |
| 807 | February 12, 2021 Expert Report Of Charles H. Grice | N/A | N/A |
| 808 | February 12, 2021 Expert Report Of Charles H. Grice | N/A | N/A |
| 809 | February 12, 2021 Expert Report Of Sean O'Malley | N/A | N/A |
| 810 | February 12, 2021 Expert Report Of Teresa A. Pesce | N/A | N/A |
| 811 | March 4, 2021 Revised Appendix B to Expert Report of William T. Baskett | N/A | N/A |
| 812 | February 12, 2021 Expert Report Of William T. Baskett (Revised March 8, 2021) | N/A | N/A |
| 813 | March 12, 2021 Expert Report Of Thomas C. Baxter, Jr. | N/A | N/A |
| 814 | March 12, 2021 Rebuttal Expert Report Of Marc S. Prisament | N/A | N/A |
| 815 | March 12, 2021 Rebuttal Expert Report Of Sean O'Malley | N/A | N/A |
| 816 | March 19, 2021 Expert Report Of Laura B. Stamm | N/A | N/A |
| 817 | JPMorgan Chase Bank, N.A.'s Responses to Chain Bridge's First Set of Interrogatories | N/A | N/A |

Dated:  April 15, 2021               Respectfully submitted,

                                 /s/ Peter H. White
                                 Peter H. White (VA Bar No. 32310)
Jason T. Mitchell (*pro hac vice*)
Gregory Ketcham-Colwill (*pro hac vice*)
SCHULTE ROTH & ZABEL LLP
901 Fifteenth Street, NW, Suite 800
Washington, DC  20005
Tel.:  (202) 729-7476
Fax:  (202) 730-4520
pete.white@srz.com
jason.mitchell@srz.com
gregory.ketcham-colwill@srz.com

William H. Gussman, Jr. (*pro hac vice*)
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York  10022
Tel.:  (212) 756-2044
Fax:  (212) 593-5955
bill.gussman@srz.com

*Counsel for Plaintiff Blue Flame Medical LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of April, 2021, I caused the foregoing document

to be filed and served electronically using the Court's CM/ECF system, which automatically sent

a notice of electronic filing to all counsel of record.

Dated: April 15, 2021

 /s/ *Peter H. White*
Peter H. White, Esq. (VSB# 32310)
SCHULTE ROTH & ZABEL LLP
901 Fifteenth Street, NW, Suite 800
Washington, DC 20005
Tel: 202-729-7476
Fax: 202-730-4520
peter.white@srz.com

*Counsel for Blue Flame Medical LLC*