IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BLUE FLAME MEDICAL LLC )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>CHAIN BRIDGE BANK, N.A., )<br>JOHN J. BROUGH, and )<br>DAVID M. EVINGER, )<br>)<br>*Defendants.* )<br>_____)<br>)<br>CHAIN BRIDGE BANK, N.A. )<br>)<br>*Third-Party Plaintiff,* )<br>)<br>v. )<br>)<br>JPMORGAN CHASE BANK, N.A. )<br>)<br>*Third-Party Defendant.* )<br>_____) | Civil Action No. 1:20-cv-00658<br><br>The Honorable Leonie Brinkema |

### ORDER GRANTING UNOPPOSED MOTION TO CONTINUE MOTION HEARING BY PLAINTIFF BLUE FLAME MEDICAL LLC

For the reasons set forth in the Unopposed Motion to Continue Motion Hearing by Plaintiff Blue Flame Medical LLC, the motion is hereby **GRANTED**. It is further **ORDERED** that the hearing on the parties' motions for summary judgment (ECF Nos. 112, 118, 122, & 127) be and is continued until Friday, July 23, 2021 at 10:00 AM. The hearing will take place in person in Courtroom 700.

**IT IS SO ORDERED.**

/s/ _____
Leonie M. Brinkema
United States District Judge

6/3/21