IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| BLUE FLAME MEDICAL LLC,<br><br>                  Plaintiff,<br><br>v.<br><br>CHAIN BRIDGE BANK, N.A., JOHN J. BROUGH, and DAVID M. EVINGER,<br><br>                  Defendants. | Civil Action No. 1:20-cv-00658 |
| CHAIN BRIDGE BANK, N.A,<br><br>                  Third-Party Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>                  Third-Party Defendant. | |

## ORDER

The Court has received and reviewed the joint status report filed by Third-Party Plaintiff Chain Bridge Bank, N.A. (Chain Bridge) and Third-Party Defendant JPMorgan Chase Bank, N.A. regarding Chain Bridge's *Motion to Establish the Amount of Indemnified Fees and Expenses to be Awarded from Third-Party Defendant JPMorgan Chase Bank, N.A.* (Dkt. No. 194) (the Motion). Upon consideration of the parties' joint status report, and for good cause shown, it is hereby **ORDERED** that (i) Chain Bridge's Motion will be held in abeyance pending further order of this Court, and (ii) the parties shall provide a further joint status report by January 28, 2022, unless Chain Bridge's Motion is withdrawn prior to that date pursuant to the parties' agreement.

/s/ _____
Leonie M. Brinkema    1/21/22
United States District Judge