IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BLUE FLAME MEDICAL LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| CHAIN BRIDGE BANK, N.A., et al., | ) |
| Defendants. | ) 1:20-cv-658 (LMB/IDD) |
| CHAIN BRIDGE BANK, N.A., | ) |
| Third Party Plaintiff, | ) |
| v. | ) |
| JPMORGAN CHASE BANK, N.A., | ) |
| Third Party Defendant. | ) |

ORDER

The only issue remaining in this civil litigation is the amount of attorneys' fees and litigation expenses the third party defendant, JPMorgan Chase Bank, N.A. ("JPMorgan"), would have to pay the third party plaintiff, Chain Bridge Bank, N.A. ("Chain Bridge"). Chain Bridge has filed a Notice indicating that the parties have resolved the issue. See [Dkt. No. 221]. Accordingly, it is hereby

ORDERED that the Clerk terminate Chain Bridge's Motion to Establish Amount of Indemnified Fees and Expenses as WITHDRAWN [Dkt. No. 194] and close this civil action.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 11 day of February, 2022.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge