FILED: March 18, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2218 (L)
(1:20-cv-00658-LMB-IDD)

_____

BLUE FLAME MEDICAL LLC

    Plaintiff - Appellant

v.

CHAIN BRIDGE BANK, N.A.

    Defendant and 3rd-Party Plaintiff - Appellee

JOHN J. BROUGH; DAVID M. EVINGER

    Defendants - Appellees

v.

JPMORGAN CHASE BANK, N.A.

    Third Party Defendant

_____

O R D E R

_____

The court grants attorney Donald Burke's motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk